MOPP3dis

03CV874Memoppdismisspart2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-10962-WGY

COSMEDICO
Plaintiff

v.

TAN SYSTEMS
Defendant

## ORDER FOR CLOSURE

YOUNG, C.J.

In order to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be and hereby is CLOSED without entry of judgment until the judgment is entered in the Connecticut case. All material statutes of limitation are tolled as of the date of the filing of the complaint herein as to all matters raised therein. The case may be reopened upon motion by any party demonstrating that the above-entitled impediment to trial has been removed. This closure is without prejudice to either party moving to restore it to the docket, if any further action is required.

By the Court,

/s/ Elizabeth Smith

_____
Deputy Clerk

October 9, 2003

EXHIBIT
1A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIGHT SOURCES, INC.,
        Plaintiff

v.

                              Civil Action
                              No. 303 CV 874 (MRK)

COSMEDICO LIGHT, INC.,        At New Haven
        Defendant

## DECLARATION OF DAVID MYERS IN SUPPORT OF LIGHT SOURCES, INC. MEMORANDUM IN OPPOSITION TO DEFENDANT, COSMEDICO LIGHT, INC.'S MOTION TO DISMISS THE COMPLAINT

I, DAVID MYERS, hereby declare that I am Vice President of Light Sources, Inc. (Light Sources) and that I am personally knowledgeable of the facts stated herein.

1. Light Sources manufactures and sells various types of fluorescent and ultraviolet lamps, including sun tanning lamps that have the accused THR and TLR markings.

2. Light Sources sells said sun tanning lamps bearing the accused THR and TLR markings exclusively to Tan Systems, Inc.

3. Tan Systems, Inc. (Tan Systems) is a Georgia corporation with its principal place of business located in McDonough, Georgia, and functions as Light Sources, Inc.'s

1

exclusive distributor for marketing said sun tanning lamps bearing said accused THR and TLR markings.

4. Light Sources, on each sun tanning lamp it sells exclusively to Tan Systems, imprints thereon the following information: the name "Light sources, Inc.", "Distributed Exclusively by Tan Systems, Inc.", the mark "TURBOPOWER" and the lamp model number "FR71T12-TLR100" or "FR71T12-THR160". Attached hereto as Exhibits 1 and 2 respectively are exact copies of the information imprinted on the sun tanning lamps Light Sources makes and sells to Tan Systems.

5. Tan Systems is an important customer of Light Sources and with whom Light Sources does substantial business.

6. Tan Systems functions as Light Sources' exclusive distributor of the accused sun lamps bearing the THR and TLR markings. As Tan Systems is Light Sources' exclusive distributor, Light Sources has agreed to indemnify Tan Systems against any third party's claims of infringement.

7. Cosmedico sent to both Light Sources and Tan Systems several stern cease and desist letters requesting Light Sources and Tan Systems to cease and desist using the markings THR and TLR, and threatening legal action against Light Sources and Tan Systems for trademark infringement of Cosmedico's alleged VLR, COSMOLUX VLR and VHR if Light

2

Sources and Tan Systems did not pull and destroy all advertising, marketing and other references to the use of the THR and TLR marks.

8. On or about February 10, 2003, Defendant, Cosmedico Light, Inc. sent to Tan Systems a stern Cease and Desist letter asserting that the use of the letters THR and TLR, which Light Sources places on the sun tanning lamps supplied by Light Sources, infringes Cosmedico's federally registered VHR® and VLR® trademarks. In this letter, it was expressly stated that "should Tan Systems choose to continue to disseminate either the 'THR' or 'TLR' logos, this office has been instructed to take any and all steps reasonably necessary to preserve Cosmedico's rights and ownership interest in its intellectual properties." See attached Exhibit 3, which is a true copy of Cosmedico's first Cease and Desist letter dated February 7, 2003, minus the attached Exhibit A.

9. Because of the outstanding indemnification agreement Tan Systems has with Light Sources, Tan Systems turned the matter over to Light Sources for response.

10. On February 13, 2003, on behalf of Light Sources and Tan Systems, I responded to Cosmedico's Cease and Desist Notice of February 10, 2003 (Exhibit 3) and requested that Cosmedico provide Light Sources with a copy

3

of the registration certificates of its alleged federally registered trademarks VHR® and VLR®. Attached Exhibit 4 is a copy of my response to Cosmedico's Cease and Desist letter (Exhibit 3).

11. On or about February 14, 2003, Light Sources received directly from Cosmedico's attorney a Second Cease and Desist Notice. In this Second Notice, Cosmedico repeated its expressed threat that unless voluntary cooperation was had in pulling and destroying all advertising, marketing and other references to "THR" and "TLR" so as to avoid consumer confusion, "this office is authorized to take any and all steps reasonably necessary to preserve Cosmedico's rights and ownership interests in its intellectual property." Attached Exhibit 5 is a copy of Cosmedico's Second Cease and Desist letter directed to both Light Sources and Tan Systems.

12. On February 24, 2003, I made a response to Cosmedico's Second Cease and Desist threat. In this letter, I advised Cosmedico that it did not have any exclusive rights in the alleged VLR mark, and that Light Sources markings THR and TLR are not likely to be confused with Cosmedico's alleged marks VHR and VLR. Attached Exhibit 6 is a copy of my response letter dated February 24, 2003.

13. On March 7, 2003, Light Sources received yet a Third Notice to Cease and Desist, in which Cosmedico expressly stated "this correspondence is my final attempt to impart upon both Tan Systems, Inc. and Light Sources, Inc. that my client is serious about protecting its intellectual property rights in both VHR® and Cosmolux VLR™. ... Given that both Tan Systems, Inc. and Light Sources, Inc. have received repeated notices of their infringement, my client will be seeking multiple damages, reimbursement of its attorney's fees and costs." (Emphasis added). Attached Exhibit 7 is a copy of Cosmedico's Third Notice to Cease and Desist, which was sent directly to Light Sources.

14. In view of Cosmedico's repeated expressed and imminent threats of infringement, Light Sources turned the matter over to its counsel, Arthur T. Fattibene of Fattibene and Fattibene, as Light Sources was of the firm belief that Cosmedico fully intended to initiate a trademark infringement action against both Light Sources as the manufacturer and Tan Systems as its exclusive distributor, if Light Sources and Tan Systems did not cease and desist in the use of the THR and TLR marks, as Cosmedio demanded.

5

15. On March 12, 2003, counsel for Light Sources and Tan Systems made a response to Cosmedico's Third Cease and Desist Notice of March 7, 2003. In this response, counsel for both Light Sources and Tan Systems clearly explained the frivolousness of Cosmedico's charges and threats. Further, Cosmedico was warned by counsel that unless Cosmedico immediately cease and desist in asserting its frivolous infringement allegations, "you leave my client(s) no other option but to seek corrective action". Attached Exhibit 8 is a true copy of Light Sources' counsel's letter of March 12, 2003.

16. On May 7, 2003, approximately two months after receipt of Light Sources' response to Cosmedico's Third Cease and Desist Letter, Cosmedico sent yet a fourth threatening letter to Light Sources dated May 7, 2003, in which Cosmedico included a draft of a Complaint that it threatened would be filed within ten (10) days. Attached Exhibit 9 is a true copy of Cosmedico's Fourth Cease and Desist letter of May 7, 2003, minus the attached complaint.

17. Cosmedico did not file any complaint as threatened within said ten (10) days, as indicated in its Notice dated May 7, 2003 (Exhibit 9). Cosmedico filed its belated action in Massachusetts only after it was advised that Light Sources had filed a declaratory judgment action

6

on or about May 16, 2003 in the U.S. District Court for the District of Connecticut.

18. As Light Sources could not dissuade Cosmedico from sending repeated threats of alleged trademark infringement, Light Sources had no other recourse but to file the above identified declaratory judgment action to protect Light Sources' and Tan Systems' rights to use the markings THR and TLR on the accused lamps.

19. Cosmedico at all times was on notice that Light Sources manufactured the sun tanning lamps that utilized the accused THR and TLR markings, as the name Light Sources, as manufacturer of the lamps, was at all times clearly and prominently imprinted on each such sun tanning lamp. See Exhibits 1 and 2.

20. Light Sources is well known in the industry as a leading manufacturer of specialty gas discharge lamps, including the sun tanning lamps in question, and Cosmedico was at all times aware that Light Sources supplied Tan Systems with the lamps bearing the THR and TLR markings.

21. A search of the U.S. Patent and Trademark records conducted on behalf of Light Sources indicates that Cosmedico does not have a federal registration for the mark VLR or the COSMOLUX VLR mark.

7

22. The mark VLR has been registered in international class 011 (the same class in which Cosmedico attempted to register the letters VLR as a trademark) to a third party unrelated to Cosmedico. Consequently, Cosmedico has no exclusive right in the letters or mark VLR.

23. To the best of my knowledge, Cosmedico has never used the letters VLR per se as a trademark to indicate origin of source for the sun tanning lamps Cosmedico markets.

24. Cosmedico at all times uses the prefix COSMOLUX in conjunction with the letters VLR with a superposed cat design as an unregistered mark. Attached Exhibits 10 is a copy of a Cosmedico brochure illustrating how Cosmedico applies the alleged VLR marking to its lamps.

25. Neither Light Sources nor Tan Systems has ever used the term COSMOLUX or a cat design in association with the letters TLR.

26. Light Sources' mark TLR is used as a part of a lamp model number to identify the lamp as a TURBOPOWER low output (100 watts) reflector lamp which Light Sources supplies to Tan Systems.

27. Light Sources uses the THR marking to identify its lamp as a TURBOPOWER high output (160 watts) reflector lamp which Light Sources supplies to Tan Systems.

8

28. Such model numbers are widely used in the lamp industry to identify the physical and/or electrical characteristics of the lamp and for customer identification.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code.

LIGHT SOURCES, INC.

By _____
David Myers, Vice President

9



By Light Sources, Inc.
U.S.A.
**FR71T12-TLR100**

Sunlamp - **DANGER** - Ultraviolet radiation.
Follow instructions. Use ONLY in
fixture equipped with a timer.

1334

---

DISTRIBUTED EXCLUSIVELY BY:
**TAN SYSTEMS INC.**


1920 Hwy. 42 South
McDonough, GA 30252
Tel: 1(800)999-8266

QTY: 24
**1334**


By Light Sources, Inc.
U.S.A.
**FR71T12-TLR100**

Mo/D/Yr
BATCH#/DATE CODE

CE  THESE LAMPS HAVE BEEN TESTED AND FOUND TO
COMPLY TO REGULATIONS OF FEDERAL
PERFORMANCE STANDARD 21 CFR 1040-20

*EXHIBIT 1*



DISTRIBUTED EXCLUSIVELY BY:
**TAN SYSTEMS INC.**

1920 Hwy. 42 South
McDonough, GA 30252
Tel: 1(800)999-8266

**QTY: 24**
**1333**

**TurboOpower**
By Light Sources, Inc.
U.S.A.

**FR71T12-THR160**
Mo/D/Yr
BATCH#/DATE CODE

 THESE LAMPS HAVE BEEN TESTED AND FOUND TO COMPLY TO REGULATIONS OF FEDERAL PERFORMANCE STANDARD 21 CFR 1040-20



**TurboOpower**
By Light Sources, Inc.
U.S.A.
**FR71T12-THR160**
Sunlamp - DANGER - Ultraviolet radiation.
Follow instructions. Use ONLY in
fixture equipped with a timer.
1333

*EXHIBIT*
*2*

## LAW OFFICES OF FRANK N. DARDENO
SUITE 7A
COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 523 - 6434 ♦ FACSIMILE (617) 523 - 6457
WWW.DARDENO.COM

FRANK N. DARDENO
FRANK N. DARDENO, JR. *
RONALD A. DARDENO
DAVID E. BELFORT **
KERRIE PEDONE DEZAK
MICHELLE M. MULVENA

* Also admitted in Florida
** Also admitted in D.C.

THERESA M. DONCASTER,
PARALEGAL

SOMERVILLE OFFICE
424 BROADWAY
SOMERVILLE, MA 02145

TEL: (617) 666-2600
FAX: (617) 666-2794

DBELFORT@DARDENO.COM

February 10, 2003

Kristin Tiffany, CEO
Tan Systems, Inc.
1920 Highway 42 South
McDonough, GA 30252

*Via Certified Mail 7002 0860 0005 2491 0749
Return Receipt Requested
and fax 1 800 232 9826*

In re:    **NOTICE TO CEASE AND DESIST**
Trademark:              VHR®
Trademark Owner:        Cosmedico® Light, Inc. ("Cosmedico")
Infringing Party:       Tan Systems, Inc. ("Tan Systems")

Dear Ms. Tiffany:

This office is counsel to the above named Cosmedico. Kindly direct further communications to the undersigned counsel.

It has come to our attention that Tan Systems has been marketing a 160 Watt and 100 Watt reflector lamp under the 'THR' and 'TLR' names, respectively. I have attached as "Exhibit A" some recent marketing materials demonstrating said use.

Tan System's use of 'THR' and 'TLR' names is confusingly similar to Cosmedico's VHR® and VLR® lamps. The purpose of this correspondence is to give you formal notice of Cosmedico's trademark rights in the VHR® and VLR® trademarks and to direct you to immediately stop, cease and desist from any further use of the 'THR' and 'TLR' marks in the stream of commerce.

As you are no doubt aware, Cosmedico, which owns all rights and interests in the VHR® and VLR® trademarks, has gone through great expense and effort to protect the marks from infringing use. These marks have been registered with the U.S. Patent and Trademark Office and are listed on the Federal Register. Any use of a mark in connection with the sale of goods which is "likely to cause confusion, or to cause mistake, or to deceive. . ." is improper. See 15 U.S.C.A. §§ 1051 - 1127, 1111, 1114.

EXHIBIT 3

Page 2 of 2
February 10, 2003

Cosmedico is seeking to protect and maintain consumer good will, loyalty to its products and the sound reputation it has built through the years. Unauthorized use of a mark, logo or insignia that are confusingly similar to the VHR® and VLR® marks are an infringement as they are likely to cause dilution of the marks' value due to consumer confusion regarding the source of the product.

It is the hope of Cosmedico that you will voluntarily agree to retract, pull and destroy all advertising, marketing and other references to 'THR' and 'TLR' forthwith. However, should Tan Systems chose to continue to disseminate either the 'THR' or 'TLR' logos, this office has been instructed to take any and all steps reasonably necessary to preserve Cosmedico's rights and ownership interests in its intellectual property.

It is requested that you, or your counsel, contact me in order to confirm that you have taken affirmative steps to eliminate all infringing use of Cosmedico's marks.

Your expedited cooperation in this matter is solicited.

Very truly yours

David E. Belfort

DEB/tdp
encl.
cc.    Jerry Frank, President COSMEDICO®
F:\Dave\CLIENTS\COSMEDIC\Tan Systems\cease and decisist to Tan Systems.doc