

moppy dis

February 13, 2003

David E. Belfort
Law Officers of Frank N. Dardeno
Suite 7A
Commercial Wharf – West
Boston, MA 02110

RE: TRADEMARK VHR AND VLR; OUR REF. I-744

Dear Mr. Belfort:

Your letter dated February 13, 2003 to Ms. Tiffany of Tan Systems, Inc. has been referred to me for response.

Your letter implies that your client is the owner of Federal Trademark Registrations for the marks VHR and VLR. However, the alleged trademark registrations have not been identified by any registration number, date of first use and/or any other form of identification to evidence that your client is the owner of any such registrations for the alleged marks.

In order to give this matter any serious consideration, it is requested that you provide me with a copy of the registration certificate for each of said alleged registrations. Upon receipt of a copy of your registration certificates for said VHR and VLR marks, this matter will be given further consideration. Unless copies of said registration certificates are received, it will be assumed that your client has withdrawn its allegations of infringement and that the matter may be considered closed.

It is requested that all correspondence be addressed to the undersigned.

Very truly yours,

David Myers
Vice-President

P.O. Box 948 • 37 Robinson Boulevard • Orange, CT 08477-0948
Tel: 203 799-7877 • Fax: 203 785-5267 • http://www.light-sources.com

EXHIBIT
4

TOTAL P.01

FRANK N. DARDENO
FRANK N. DARDENO, JR. •
RONALD A. DARDENO
DAVID E. BELFORT ••
KERRIE PEDONE DEZAK
MICHELLE M. MULVENA

• Also admitted in Florida
•• Also admitted in D.C.

THERESA M. DONCASTER,
PARALEGAL

**LAW OFFICES OF FRANK N. DARDENO**
SUITE 7A
COMMERCIAL WHARF WEST
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 523 - 6434 • FACSIMILE (617) 523 - 6457
WWW.DARDENO.COM

SOMERVILLE OFFICE
424 BROADWAY
SOMERVILLE, MA 02145

TEL: (617) 666-2600
FAX: (617) 666-2794

DBELFORT@DARDENO.COM

February 14, 2003

Kristin Tiffany, CEO
Tan Systems, Inc.
1920 Highway 42 South
McDonough, GA 30252

Via First Class Mail and
fax 1-800-232-9826

David Myers, V.P.
Light Sources Inc.
PO Box 948
37 Robinson Boulevard
Orange, CT 06477 – 0948

Via First Class Mail and
fax 203 -- 796 – 5267

In re:     **SECOND NOTICE TO CEASE AND DESIST**
Trademarks:          VHR® & COSMOLUX VLR®
Trademark Owner:     Cosmedico® Light, Inc. ("Cosmedico")
Infringing Party:    Tan Systems, Inc. ("Tan Systems")

Dear Ms. Tiffany and Mr. Myers:

This office is counsel to the above named Cosmedico. Thank you for Mr. Myers' response to my letter by correspondence dated February 13, 2003.

As a preliminary matter, it is incumbent upon Tan Systems to conduct its own due diligence prior to employing protected intellectual property in the stream of commerce. As you, and your legal counsel, are no doubt aware, the United States Patent and Trademark Office principle register is readily available on-line to the public at no cost (http://www.uspto.gov/main/trademarks.htm).

Assuming, *arguendo*, that Tan Systems did not know that the VHR® (Registration No. 2124659) or COSMOLUX VLR® (Registration Nos. 1365507, 1873744, 1919520) marks were owned by Cosmedico, a minimal review of the prior art on the Principal Trademark Register would have prevented your unauthorized and infringing use of the marks.

*EXHIBIT 5*

Page 2 of 2
February 14, 2003

I reiterate that Cosmedico seeks the urgent voluntary cooperation of Tan Systems in pulling and destroying all advertising, marketing and other references to 'THR' and 'TLR' so as to avoid consumer confusion.

You are advised that should you fail or refuse to comply with this legitimate request, this office is authorized to take any and all steps reasonably necessary to preserve Cosmedico's rights and ownership interests in its intellectual property. Be reminded that the Lanhan Act affords remedies for infringement which include injunction against further infringement, recovery of lost profits and lost sales, attorney fee-shifting and up to three (3) times actual damages for knowing, willful or intentional violations of the Act. See 15 U.S.C. §1127 et. sec.

Again your expedited response is required.

Very truly yours

David E. Belfort

DEB/tdp
encl.
cc.     Jerry Frank, President COSMEDICO®
F:\Dave\CLIENTS\COSMEDIC\Tan Systems\follow up letter.doc



**LIGHT SOURCES INC.**

February 24, 2003

David E. Belfort
Law Offices of Frank N. Dardeno
Suite 7A
Commercial Wharf – West
Boston, MA 02110

Dear Mr. Belfort:

This will acknowledge your letter of February 14, 2003.

For your information, please be advised that your client has the burden of proving it is the owner of the marks you are alleging are being infringed. Light Sources, Inc. and Tan Systems, in response to your initial letter of February 10, 2003, specifically requested that you establish your client's ownership of the alleged registered marks VHR® and VLR®. You have not produced any evidence of ownership of the VHR® and VLR® marks, much less any registration of said marks.

You are advised that the alleged VLR mark has been registered to Envirex, Inc. in Class IC 011. Registration No. 1,365,507 is a cancelled registration. Registration Nos. 1,873,744 and 1,919,520, also recited in your letter, are likewise cancelled and of no force and effect, and have no relevance to what you are asserting.

There are numerous HR and LR marks used in conjunction with a prefix letter including the letter "V". Assuming your client has registered VHR® and VLR®, the said marks have only very limited scope and are, therefore, very weak marks.

In view of the weakness of your client's mark, a court will not find that THR or TLR are likely to be confused with your client's alleged VHR® and VLR® trademarks.

It appears from your letter that you are not experienced in the law of trademark. Please be advised that the use of "®" in association with a mark that is not, in fact, registered constitutes false marking, fraud and deceptive advertising.

P.O. Box 948 • 37 Robinson Boulevard • Orange, CT 06477-0948
Tel: 203 799-7877 • Fax: 203 795-5267 • http://www.light-sources.com

EXHIBIT
6

David E. Belfort
Page Two


Unless you can provide a registration certificate for your alleged trademarks, this matter is considered closed.

Very truly yours,

David Myers


Cc:   Jerry Frank, Cosmedico
      Kristen Tiffany, Tan Systems

# LAW OFFICES OF FRANK N. DARDENO
### SUITE 7A
### COMMERCIAL WHARF WEST
### BOSTON, MASSACHUSETTS 02110

FRANK N. DARDENO
FRANK N. DARDENO, JR.
RONALD A. DARDENO
DAVID E. BELFORT **
KERRIE PEDONE DEZAK
MICHELLE M. MULVENA

\* Also admitted in Florida
\*\* Also admitted in D.C.

THERESA M. DONCASTER,
PARALEGAL

TELEPHONE (617) 523 - 6434 ♦ FACSIMILE (617) 523 - 6457
WWW.DARDENO.COM

SOMERVILLE OFFICE
424 BROADWAY
SOMERVILLE, MA 02145

TEL: (617) 666-2600
FAX: (617) 666-2794

DBELFORT@DARDENO.COM

March 7, 2003

Kristin Tiffany, CEO
Tan Systems, Inc.
1920 Highway 42 South
McDonough, GA 30252

Via First Class Mail and
fax 1-800-232-9826

David Myers, V.P.
Light Sources Inc.
PO Box 948
37 Robinson Boulevard
Orange, CT 06477 – 0948

Via First Class Mail and
fax 203 – 796 – 5267

In re:        **THIRD NOTICE TO CEASE AND DESIST**
Trademarks:        VHR® & COSMOLUX VLR ™
Trademark Owner:   Cosmedico® Light, Inc. ("Cosmedico")
Infringing Party:  Tan Systems, Inc. ("Tan Systems")

Dear Ms. Tiffany and Mr. Myers:

This office is counsel to the above named Cosmedico. I am in receipt of your letter dated February 24, 2003 and, quite frankly, I am surprised back by your belligerent tone given the clear violations of Federal Trademark law in which you are engaged. You are advised that this correspondence is my final attempt to impart upon both Tan Systems, Inc. and Light Sources, Inc. that my client is serious about protecting its intellectual property rights in both VHR® and COSMOLUX VLR ™.

Contrary to your unsubstantiated assertions, both VHR® and COSMOLUX VLR ™ are strongly associated with Cosmedico in the tanning bulb industry. Simply put, they represent the quality and reputation of Cosmedico, which has gone through great lengths and expense to trademark and market the brands and products.

EXHIBIT 7

Again, VHR® was registered with the Patent and Trademark office ("PTO") (Registration number 2124659) on December 30, 1997. You are correct that COSMOLUX VLR ™ has not been registered, however, it was originally filed with the PTO in August, 1997 and was re-filed in May, 2002 (Pending Serial No. 76 – 415356). Cosmedico not only created the novel mark, but was first to use it in interstate commerce and was first to register it with the PTO. Today, "VLR" is widely associated with Cosmedico as its source and is protected intellectual property.

Please be advised that unless both Tan Systems, Inc. and Light Sources, Inc. cooperate immediately in pulling and destroying <u>all</u> advertising, marketing and other references to 'THR' and 'TLR' so as to avoid consumer confusion, Cosmedico intends to pursue this matter in Federal District Court. Given that both Tan Systems, Inc. and Light Sources, Inc. have received repeated notice of their infringement, my client will be seeking multiple damages, reimbursement of its attorney's fees and costs.

Your urgent action is anticipated.

Very truly yours

David E. Belfort

DEB/tdp
encl.
cc.     Jerry Frank, President COSMEDICO®
F:\Dave\CLIENTS\COSMEDIC\Tan Systems\follow up letter 2.doc

# FATTIBENE AND FATTIBENE
### Attorneys at Law
Patent, Trademark, Copyright and Related Matters
2480 Post Road
Southport, Connecticut
06890

Arthur T. Fattibene
Paul A. Fattibene

Telephone (203)255-4400
Facsimile (203)259-0033

March 12, 2003

David E. Belfort
Law Offices of Frank N. Dardeno
Suite 7A
Commercial Wharf - West
Boston, MA 02110

Re: Alleged Trademark VHR® and VLR®; Our Ref. I-744

Dear Mr. Belfort:

Please be advised that your letter of March 7, 2003, to Tan Systems, Inc. and Light Sources, Inc. has been referred to me for response.

I have reviewed your previous letters to Tan Systems and Light Sources, Inc. Frankly, I am quite surprised that any knowledgeable person can consider that my client's use of THR and TLR constitutes an infringement of your client's alleged trademarks "VHR" AND/OR "COSMOLUX VLR." Clearly, your client has no exclusive right to the letters "HR" or "LR" absent a distinguishing prefix or suffix. Certainly, your client has no exclusive rights in and to the alleged trademark VLR as that mark has been registered under Registration No. 2,133,076 in Class IC-011 to Envirex, Inc., as you have been previously advised by Mr. Myers in his letter of February 19, 2003. Further, the dominant portion of your client's alleged VLR mark is the term COSMOLUX coupled with a design or figure of a dog or cat. Under no stretch of the imagination can a Court remotely consider that the use of TLR constitutes an infringement of your proposed combination COSMOLUX VLR and design mark, and particularly not when the mark VLR is registered to another in IC 011.

Also for your information, there are a number of HR marks, e.g., PHR Registration No. 1,305,808; BHR Registration No. 1,960,144; CHR Registration No. 0,787,071, and a host of TLR marks that have been registered to others. The fact that numerous marks consisting of "UR" or "LR" having various other

EXHIBIT 8

David E. Belfort            Page 2                March 12, 2003

distinguishing single letter prefixes, e.g. P, B, C, T, etc., is a strong indication that your client's alleged marks are exceptionally weak marks, and thus, cannot render my client's THR and TLR marks confusingly similar to your client's alleged mark VHR or proposed combination COSMOLUX VLR and design mark. Therefore, there can be no infringement.

As an analogy, it would be absurd for one to allege that the mark ABC is confusingly similar to the mark NBC merely because both marks have the letters "BC" in common. Your efforts to allege that my client's marks THR and TLR are confusingly similar to your client's alleged marks VHR and COSMOLUX VLR with design would be equally absurd.

Since you have not produced any registration certificate that will establish your client's ownership to said alleged asserted trademark, which has now been twice requested, one can only conclude that your client lacks any standing to assert these marks.

Unless you immediately cease and desist in asserting your frivolous infringement allegations, you leave my client no other option but to seek corrective action.

I trust that you will advise your client on the hazards of pursuing frivolous litigation in the U.S. District Courts that is totally lacking in merit.

We consider the matter now closed, as you have not cited any law, logic or authority to substantiate your client's frivolous assertions.

                                Very truly yours,
                                Fattibene and Fattibene

                                Arthur T. Fattibene

ATF/esf
cc: David Myers
    Kristin Tiffany, CEO

**CORRIGAN, BENNETT, & BELFORT, PC**

Corrigan, Bennett & B[...]t, PC
One Kendall Square, Building 300 - 2nd floor, Cambridge, MA 02139
Tel: (617) 577-8800   Fax: (617) 577-8811   www.corbenbel.com

Wilmington Office: 404 Main Street, Suite One, Wilmington, MA 01887
Tel: (978) 988-1544   Fax: (978) 988-1545

Brian T. Corrigan
Todd J. Bennett*
David E. Belfort**

*Also admitted in Florida
**Also admitted in D.C.

May 7, 2003

Arthur T. Fattibene, Esquire
Fattibene & Fattibene
2480 Post Road
Southport CT, 06890

Via Fax and First Class Mail

In re:    Complaint – Federal District Court of Massachusetts
         Plaintiff:    Cosmedico® Light, Inc. ("Cosmedico")
         Defendant:   Tan Systems, Inc. ("Tan Systems")

Dear attorney Fattibene:

As you know, this office is counsel to the above named Cosmedico.

Despite my client's repeated attempts to engage in a good faith dialogue intended to secure an amicable resolution to the trademark/unfair competition issues raised in my prior correspondence, your client has made no reciprocal effort at addressing Cosmedico's infringement concerns. As such, you leave my client little option but to secure a remedy through formal litigation.

I have been instructed to file the attached complaint in Federal District Court absent a definitive proposal from your client aimed at eliminating their infringing use within ten (10) days.

Your expedited cooperation in this matter is solicited.

Very truly yours

David E. Belfort
DEB/tdp
encl.
cc.    Jerry Frank, President COSMEDICO®
F:\Dave\CLIENTS\COSMEDIC\Tan Systems\cease and desisist to Tan Systems.doc

EXHIBIT 9



EXHIBIT 10

## Certificate of Service

I hereby certify that a copy of Plaintiffs, Light Sources, Inc. and Tan Systems, Inc.'s, **MEMORANDUM IN OPPOSITION TO DEFENDANT, COSMEDICO LIGHT, INC.'S MOTION TO DISMISS [THE SECOND AMENDED] COMPLAINT** has been served by first class U.S. mail, postage prepaid, this 10th day of October 2003, on Defendant's counsel of record as follows:

James Oliver
Jose A. Aquiar
Berman and Sable
100 Pearl Street
Hartford, CT 06103


Dale A. Malone
Banner & Witcoff
28 State Street, 28th Floor
Boston, MA 02109-1775


_____
Arthur T. Fattibene, CT 06916
Attorney for Plaintiff