## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Light Sources Inc., | : | |
| Plaintiff, | : | NO.   303cv874 (MRK) |
| v. | : | |
| Cosmedico Light, Inc., | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion to Amend Complaint [doc. #15] is GRANTED absent objection. The Clerk is directed to docket the Second Amended Complaint.

Oral Argument on the Motion to Dismiss will be held **December 19, 2003** at 11:00 a.m.

IT IS SO ORDERED

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 5, 2003