09/18/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday November 5, 2003

10:00 a.m.

CASE NO.  3-03-cv-874 Light Sources Inc v Cosmedico Light Inc
-------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Jose Antonio Aguiar | Berman & Sable, 100 Pearl St., Hartford, CT 860-527-9699 |
| Arthur T. Fattibene | 2480 Post Rd., Southport, CT  203-255-4400 |
| Paul A. Fattibene | 2480 Post Rd., Southport, CT  255-4400 |
| Dale A. Malone | Banner & Witcoff, 28 State Street, 28th FL., Boston, MA 617-720-9600 |
| James Webster Oliver | Berman & Sable, 100 Pearl St., Hartford, CT 860-527-9699 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 11/5/03

15 min.