FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| LIGHT SOURCES, INC., | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 303CV874 (MJK) |
| | : | |
| V. | : | |
| | : | |
| COSMEDICO LIGHT, INC., | : | |
| Defendant | : | DECEMBER 17, 2003 |
| | : | |

## COSMEDICO'S MOTION TO DISMISS
## AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and this Court's inherent power to manage its docket, Cosmedico Light, Inc., ("Cosmedico"), the defendant in this action, hereby requests that the Court dismiss the amended complaint of the plaintiffs, Light Sources, Inc. ("LSI") and Tan Systems, Inc. ("Tan Systems"). To the extent that the Court may determine that a justiciable claim exists in the amended complaint, Cosmedico respectfully requests that the Court exercise its discretionary power to transfer this action to the District of Massachusetts, where a prior action against Tan Systems was previously filed.

For the reasons set forth herein and in the memoranda of law previously filed with the Court, Cosmedico respectfully requests that this motion to dismiss, or in the alternative, to transfer to the District of Massachusetts, be granted.

THE DEFENDANT,
COSMEDICO LIGHT, INC.


*/s/ James W. Oliver*
JAMES W. OLIVER
Federal Bar No.: ct02510
Berman and Sable
100 Pearl Street, 10th Floor
Hartford, CT 06103
Tel:   (860) 527-9699
Fax:   (860) 527-9077


DALE A. MALONE
Federal Bar No.: ct25020
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
Tel:   (617) 720-9600
Fax:   (617) 720-9601

2

## CERTIFICATION OF SERVICE

This is to certify that a copy of this Cosmedico's Motion to Dismiss Amended Complaint was served by fax and mail, first class postage prepaid, on this 17th day of December, 2003 to all counsel of record as follows:

Arthur T. Fattibene, Esq.
Paul A. Fattibene, Esq.
2480 Post Road
Southport, CT  06490

                                             *Dale A. Malone*
                                             Dale A. Malone