UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC. | : |
| Plaintiffs, | : NO. 3:03CV874(MRK) |
| v. | : |
| COSMEDICO LIGHT, INC., | : |
| Defendant. | : |

## ORDER

For the reasons stated on the record in open court on December 19, 2003, Defendant Cosmedico Light, Inc.'s Motion to Dismiss the [Second] Amended Complaint, dated December 19, 2003, and Defendant's Renewed Motion to Dismiss [Second Amended] Complaint [doc. # 23] are DENIED. For the reasons stated on the record in greater detail, the Court concludes that (a) it has Declaratory Judgment Act jurisdiction over the claims of Plaintiff Light Sources, Inc.; (b) it will not exercise its discretion to decline Declaratory Judgment Act jurisdiction; and (c) it will not transfer the case to the District of Massachusetts under 28 U.S.C. § 1404.

Defendant will have until January 20, 2004 to files its Answer and any other responsive pleading to the Second Amended Complaint. In all other respects, the deadlines established in the Scheduling Order dated September 2, 2003 [doc # 20] remain in full force and effect.

IT IS SO ORDERED.

/s/     <u>Mark R. Kravitz</u>
        U.S.D.J.

Dated at New Haven, Connecticut: December 19, 2003