CT/cvmhrg (January 10, 2002)

HONORABLE **M. R. Kravitz**
DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **K. Falcone**

TOTAL TIME: **1** hours **05** minutes

DATE **Dec 19, 2003**   START TIME **2:05**   END TIME **3:10**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Light Sources, Inc**

CIVIL NO. **3:03CV874 MRK**   **Arthur T. Fattibene**
**Paul A. Fattibene**
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**Dale A. Malone**
Defendants Counsel
**James W. Oliver**

**Cosmedico Light, Inc.**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| | | | |
|---|---|---|---|
| ☑ #23 | Motion **Def. Renewed Motion to Dismiss** | ☐ granted ☑ denied ☐ advisement |
| ☑ #30 | Motion **Def Motion to Dismiss Amended Complaint** | ☐ granted ☑ denied ☐ advisement |

Oral Motion _____   ☐ granted ☐ denied ☐ advisement
Oral Motion _____   ☐ granted ☐ denied ☐ advisement
Oral Motion _____   ☐ granted ☐ denied ☐ advisement
Oral Motion _____   ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____