IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Feb 26  9 48 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| Light Sources, Inc., and Tan Systems, Inc.,<br><br>     Plaintiffs,<br><br>v.<br><br>Cosmedico Light, Inc.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 303-CV-874 (MRK)<br>)<br>)<br>)  February 25, 2004<br>)<br>) |

### DEFENDANT COSMEDICO LIGHT, INC.'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO
### COUNTS I, II and V OF THE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 56, the Defendant, Cosmedico Light, Inc., ("Cosmedico") hereby requests partial summary judgment in its favor as to Counts I, II and V of the Second Amended Complaint brought by the plaintiffs, Light Sources, Inc., (hereinafter "LSI") and Tan Systems, Inc. (hereinafter "Tan Systems"). Cosmedico is entitled to the requested summary judgment because these counts of plaintiffs' complaint are all barred by *res judicata* in view of the stipulated dismissal with prejudice of a prior challenge to the trademark in suit before the United States Patent Office's Trademark Trial and Appeals Board.

Annexed hereto as Exhibit A is Cosmedico's Local Rule 56(a)(1) Statement setting forth the undisputed facts supporting this motion. For the reasons set forth herein and in the accompanying memorandum, Cosmedico respectfully requests entry of summary judgment as to

Oral Argument Requested

Counts I, II and V of the Second Amended Complaint.

Respectfully submitted,

*[signature: Dale Malone]*

Dale A. Malone (Fed. Bar No. ct25020)
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
Tel: 617-720-9600
Fax: 617-720-9601
dmalone@bannerwitcoff.com

James Oliver (Fed. Bar No. ct02510)
Berman and Sable
100 Pearl Street
Hartford, CT 06103
Tel: 860-527-9699
Fax: 860-527-9077

Attorneys for Defendant,
COSMEDICO LIGHT, INC.

### Certificate of Service

I hereby certify that a copy of the foregoing document has been served, first class U.S. mail, postage prepaid, this 25th day of February, 2004, on plaintiffs' counsel of record as follows:

Arthur T. Fattene
Fattibene & Fattibene
2480 Post Road
Southport, CT 06890

*[signature: Dale Malone]*

2