## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Light Sources Inc., | : | |
| | : | |
| Plaintiff, | : | NO.  303cv874 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Cosmedico Light, Inc., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Having conferred telephonically with the parties on March 8, 2004, the Court sets the following schedule:

1. Plaintiff will file a response to Defendant's Motion For Partial Summary Judgment [doc. #36] on or before **April 19, 2004**.

2. Defendant will file its reply in accordance with the period of time set forth in the Local Rules.

IT IS SO ORDERED

/s/    Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: March 12, 2004.