UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC. | : : | |
| Plaintiffs, | : : | NO. 3:03CV874(MRK) |
| v. | : : | |
| COSMEDICO LIGHT, INC., | : : | |
| Defendant. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.) Doc#

_✖_  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)

SO ORDERED this __12th__ day of __March__, __2004__ at New Haven, Connecticut.

/s/          Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE