UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 16  1 03 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,
           Plaintiffs

v.

COSMEDICO LIGHT, INC.,
           Defendant

Civil Action
No. 303 CV 874 (MRK)

At New Haven

April 13, 2004

## DECLARATION OF CHRISTIAN J. SAUSKA

I, CHRISTIAN J. SAUSKA, hereby declare that I am personally knowledgeable of the facts herein stated and that I am authorized to make this declaration on behalf of Light Sources, Inc., a co-plaintiff in the above entitled action.

1. I am a principal and a director of Light Sources, Inc. (Light Sources), the co-plaintiff in the above entitled action.

2. Light Sources is a prominent and well known manufacturer and seller of specialty type gas discharge lamps such as ultraviolet fluorescent sun tanning lamps, germicidal ultraviolet lamps, and various other highly specialized lighting lamps, having its principal offices

1

located in Orange, Connecticut. Light Sources sells the lamps it makes worldwide.

3. Light Sources manufacturers several lines of gas discharge lamps which Light Sources sells under its own house brands or trademark, and also to original equipment manufacturers (OEM) customers, who in turn resell the same to their own customers under their own house brands or trademarks.

4. Cosmedico Light, Inc.'s (Cosmedico), the defendant in the above action business is primarily limited to marketing and selling sun tanning lamps under its own house brand or trademark COSMOLUX or COSMEDICO. Cosmedico does not manufacture any of the lamps it sells. The lamps which Cosmedico sells under its house brand COSMEDICO or COSMOLUX, to Light Sources' best information, are manufactured by Sylvania.

5. To my knowledge, Cosmedico has never used the alleged mark VHR per se to indicate source of origin. Cosmedico, to my best information, always uses the letters VHR in combination with the mark COSMOLUX, e.g. COSMOLUX VHR; wherein VHR is used to designate the power output of the lamp to distinguish such lamp from Cosmedico's COSMOLUX VLR lower power output lamp. See attached Exhibit 1.

2

6. To my knowledge, Cosmedico has always applied the letters VHR in conjunction with the term COSMOLUX as indicated in attached Exhibit 1, which is a prominent advertisement that has been frequently published by Cosmedico. Cosmedico has unlawfully applied the symbol ® to indicate that the VHR mark was allegedly registered, as indicated in Exhibit 1, before the granting of the VHR Registration No. 2,214,649 on December 30, 1997.

7. Attached hereto as Exhibit 2 is Cosmedico's own published compatibility charts and User Instruction sheets, which is an FDA requirement, showing that Cosmedico's allegedly registered VHR trademark is always used in conjunction with the Cosmedico house mark COSMOLUX that Cosmedico uses for indicating origin of source.

8. To my knowledge, Cosmedico has never used the mark VHR per se apart from the term COSMOLUX as a trademark to indicate origin of source, i.e., in a trademark sense.

9. Prior to the registration of the VHR mark to Cosmedico, the mark VHR was widely used by others throughout the sun tanning industry for years to designate a particular class of a high powered reflector sun tanning lamp for optimizing the lamp's sun tanning efficiencies.

10. The letters VHR, because of such use within the sun tanning industry, have become a widely known and

3

understood acronym throughout the sun tanning industry to mean any fluorescent sun tanning lamp considered to have a very high output (power) and a reflector capable of increasing the intensity of the rays emanating from the non-reflector portion of such lamp so as to optimize such lamp's sun tanning abilities.

11. The use of the letters VHR alone are incapable of functioning as a trademark for indicating source of origin in view of the widely accepted use and meaning of the acronym VHR to those in the sun tanning industry.

12. Numerous manufacturers and sellers of tanning beds and sun tanning lamps are using the acronym VHR for designating the functions and/or physical attributes of the associated tanning beds and/or tanning lamps.

13. Attached herein as Exhibits 3 to 11 are only a few of the available published ads and/or articles to illustrate that the acronym VHR is used throughout the sun tanning industry to describe or define the physical attributes and abilities of the associated tanning lamps or tanning beds, and not as a trademark for indicating origin of source.

14. Cosmedico, at all times, relies upon the term COSMOLUX to indicate origin of source. The letter markings VHR or VLR used in conjunction with the COSMOLUX house

4

brand or trademark is to distinguish the functional differences or physical characteristics of one model from the other, and not for indicating origin of source.

15. In November 1997, Light Sources filed an opposition proceeding in the United States Patent and Trademark Office to oppose the granting of the trademark registration VHR to Cosmedico because of the generic meaning VHR had acquired throughout the tanning industry.

16. At the time Light Sources filed its opposition in November 1997, Light Sources had not manufactured or sold any lamps bearing the accused THR and TLR markings.

17. Co-plaintiff, Tan Systems, Inc., was not a party to the 1997 opposition proceeding, and took no part in the opposition proceeding, and was not even aware of the opposition.

18. At the time that Light Sources was opposing Cosmedico's VHR mark in November 1997, the VHR letters were being widely used throughout the tanning industry for designating the function of a particular class of lamps that were being produced by various manufacturers.

19. The likelihood of confusion issue was not an issue in the 1997 opposition proceedings.

20. The opposition proceeding was terminated by the mutual consent of Light Sources and Cosmedico. As a result

5

thereof, the Trademark Trial and Appeal Board never rendered any rulings or decisions on the merits of any issue raised by the pleadings in the opposition.

21. Light Sources first used the letter marking "THR" and "TLR" occurred on or about January 2002 when Light Sources commenced the manufacture and sale of the **TurbOPower** brand lamps which were exclusively made and OEM'd for Tan Systems.

22. The THR and TLR designation used by Light Sources on the **TurbOPower** brand lamps Light Sources OEM'd to Tan Systems was to distinguish the **TurbOPower** high power (THR 160 watt lamps) from the TurbOPower lower powered (TLR 100 watt lamps). These markings were etched on each such lamp Light Sources sold to Tan Systems. The etching also clearly identified Light Sources as the manufacturer and Tan Systems as the exclusive distributor.

23. Since using the THR and TLR markings for the last several years, Light Sources and Tan Systems have never encountered a single instance of any actual confusion between the lamps Light Sources OEM'd to Tan Systems, which Tan Systems in turn resold to the consuming public, within the sun tanning industry, with any of the lamps Cosmedico sold under its alleged trademark COSMOLUX VHR or COSMOLUX VLR. To my knowledge, Cosmedico never used the marking VHR

6

or VLR alone to indicate origin of source. To my knowledge, Cosmedico at all times used VHR or VLR in conjunction with COSMOLUX as a composite mark to designate the difference in the output of the associated lamp.

24. Neither Light Sources nor Tan Systems has ever used the mark COSMOLUX on any lamp made or sold by Light Sources.

25. The purchasers of Light Sources' lamps or any tanning lamps are very sophisticated buyers. The nature of the sun tanning industry is such that the person operating a sun tanning salon has to be extremely careful in selecting the properly powered lamp that will function in any given tanning bed so as to ensure that their clientele is not overexposed or harmed in any way. Overexposure to ultraviolet rays can be very dangerous. For this reason, the industry is subject to FDA rules and regulations.

26. Cosmedico was not the first entity to use the mark VHR for tanning lamps that are referred to as a VHR lamp in the sun tanning industry.

27. To my knowledge, Dr. Muller's company, QMD Co., Inc., used the term VHR to designate the physical or functional characteristic of those tanning lamps capable of controlling the ratio between the UVB and UVA components of UV light, and where these two factors fall within their

7

spectrum on the nanometer scale, long before Cosmedico's alleged first use of the VHR mark in December 1994, as stated in Cosmedico's trademark registration No. 2,124,656 for the mark VHR in suit. Attached Exhibit 12 is a copy of Dr. Muller's QDM Company's publication, published prior to August 2, 1994, showing the use of the term VHR long before Cosmedico's alleged date of first use.

28. It appears that Cosmedico is seeking to acquire exclusive possession of the mark VHR that has achieved a generic or descriptive connotation throughout the tanning industry for that particular class of tanning lamps designed to achieve the tanning efficiency described by Dr. Muller well before Cosmedico's registration for the VHR mark was granted on December 30, 1997.

29. Cosmedico had to be aware of the widespread use of the acronym VHR throughout the sun tanning industry prior to securing the registration for the VHR mark.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are

8

punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code.

Light Sources, Inc.

By _____
Christian J. Sauska,
Director

Dated: April 13, 2004