UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 16  1 09 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,
         Plaintiffs

v.

COSMEDICO LIGHT, INC.,
         Defendant

Civil Action
No. 303 CV 874 (MRK)

At New Haven

April 12, 2004

## DECLARATION OF KRISTEN TIFFANY

I, KRISTEN TIFFANY, hereby declare that I am personally knowledgeable of the facts herein and if called to testify, I would so testify.

1. I am the principal owner of Tan Systems, Inc. (Tan Systems), the above named co-plaintiff herein.

2. Tan Systems is a corporation organized under the Laws of the State of Georgia that had its principal place of business located in McDonough, Georgia. Tan Systems was in the business of manufacturing and selling sun tanning beds, sun tanning fluorescent lamps and sundry other sun tanning related products.

3. Tan Systems initially commenced its business on or about April 1, 1988.

4. During the time that Tan Systems was conducting its business, I was actively involved in all phases of Tan Systems' business and I functioned as Tan Systems' President.

5. I am personally aware of the defendant, Cosmedico Light, Inc. (Cosmedico), as from time to time Tan Systems was a customer of Cosmedico and did business with Cosmedico.

6. I am personally aware that Cosmedico is primarily in the business of marketing and selling fluorescent sun tanning lamps which are marketed or sold under Cosmedico's house mark COSMEDICO or COSMOLUX. Cosmedico does not manufacture any of the sun tanning lamps which it markets or sells under its house mark COSMEDICO or COSMOLUX.

7. Since becoming involved in the instant lawsuit, Tan Systems has become aware that Cosmedico has secured a U.S. Trademark Registration for the mark VHR, Registration No. 2,124,659 registered on December 30, 1997, a copy of which is attached as Exhibit A.

8. The attached registration (Exhibit A) indicates that the application was filed on May 19, 1995, alleging a date of first use in commerce of December 1994.

9. I am aware that many other makers and suppliers of tanning lamps and tanning beds had used the acronym VHR

2

throughout the sun tanning industry before Cosmedico's VHR mark was registered on December 30, 1997, to mean a particular type of tanning lamp, namely a sun tanning lamp having a very high output and a reflector having an output of at least 160 watts.

10. I am aware that prior to August 2, 1994, Dr. Muller, an early pioneer in the sun tanning industry published a paper wherein he referred to VHR and VHO lamps in describing a high output reflector lamp (VHR) and high output non-reflector lamps (VHO) which Dr. Muller used in his then newly developed tanning bed. Dr. Muller referred to his tanning bed as a Very High Performance system (VHP). Attached Exhibit B is a copy of the article to which I refer. Exhibit B bears a faxed date of August 2, 1994, which was the date that Dr. Muller's company, QDM, faxed the document.

11. Attached Exhibit C is a cover page and a second page of a brochure published by Dr. Muller's company, QDM, alluding to Dr. Muller's pioneering accomplishment in the tanning industry.

12. Dr. Muller's use of the acronym VHR for a very high output tanning lamp with a reflector preceded Cosmedico's alleged date of first use stated in attached Exhibit A by more than five (5) months.

13. Attached Exhibit D comprises four pages of advertisement and sales information published by Tan Systems prior to Cosmedico's registration of the VHR mark in which reference is made to VHR technology and Tan Systems Sunliner beds utilizing VHR lamps in the top and HO reflector lamps in the bottom; and Tan Systems' Sundazzle VHR booths.

14. Attached Exhibit E is a copy of an ad placed by Hapro that relates to a tanning bed utilizing a VHR system that was published in *Looking Fit*, a popular trade magazine, in the October 1995 issue.

15. Attached Exhibit F is a copy of another Hapro ad published in another trade publication, *Today's Image*, in the July/August 1996 issue, relating to Hapro's Luxura 48/8 VHR and the Luxura 48/102 VHR Soft Power tanning beds.

16. Attached Exhibit G is another published article by Hapro appearing in the December 1996 issue of *Today's Image* trade publication to evidence that the acronym VHR is being used generically to designate a certain type of sun tanning lamp.

17. Attached Exhibit H is a copy of another Hapro ad featuring Hapro Luxura 34/3 VHR tanning bed and offering a rebate, which offer expires on September 30, 1996,

4

indicating that the ad was published prior to September 30, 1996.

18. The use of the mark VHR has been commonly used by other manufacturers and distributors throughout the sun tanning industry for designating a lamp having a very high output and a reflector, and I am aware of others who have so used the mark VHR. Reference is made to the attached sales information published by Helio (Exhibit I); PC Marketing (Exhibit J); Ryco (Exhibit K); SMI Home Products, Inc. (Exhibit L); and Sunsport (Exhibit M).

19. About September 6, 2001, Tan Systems filed an application seeking to register the mark **Turb0Power**, which was assigned application SN 78/082,806.

20. In early January 2002, Tan Systems commenced purchasing sun tanning lamps from Light Sources, which Tan Systems marketed under the trademark **Turb0Power**.

21. Light Sources' OEM the **Turb0Power** lamps exclusively to Tan Systems.

22. The **Turb0Power** marked lamps Light Sources manufactured exclusively for Tan Systems also included the model number of the lamp, e.g. F71T12-THR 160 or F71T12-TLR 100.

23. On or about February 10, 2003, Tan Systems received a letter (attached Exhibit N) from Cosmedico,

5

asserting that it owned trademarks VHR® and VLR®, and indicating that said marks were registered, and asserted that the use of the THR and TLR markings on the **TurbOPower** lamps infringed Cosmedico's registered marks VHR® and VLR®. Tan Systems referred the letter (Exhibit N) to Light Sources.

24. On February 14, 2003, Tan Systems received another threatening letter from Cosmedico attached hereto as Exhibit O. In this letter, Cosmedico implied it also owned the COSMOLUX VLR® registered mark.

25. On February 24, 2003, Tan Systems, by its counsel, responded to Cosmedico's letter (Exhibit O) by advising Cosmedico that the alleged registered mark VLR was registered in international class 011 to another, viz. Envirex, Inc., and that Tan Systems was not infringing Cosmedico's alleged VHR® or VLR® marks. See Tan Systems and Light Sources joint response, Exhibit P.

26. On March 7, 2003, Tan Systems received a third threatening letter from Cosmedico, attached hereto as Exhibit Q, in which Cosmedico admitted that COSMOLUX VLR was not a registered mark.

27. As Tan Systems was Light Sources' exclusive distributor for the **TurbOPower** lamps bearing the THR and TLR model designations, Light Sources agreed to indemnify

6

Tan Systems. On May 27, 2003, Light Sources so indicated in writing, attached hereto as Exhibit R.

28. Prior to receiving Cosmedico's first threatening letter of infringement (Exhibit N), Tan Systems was not aware that Cosmedico had secured a U.S. registration for the mark VHR, as the VHR reference was being widely used throughout the sun tanning industry to identify a particular popular lamp type having a very high output and reflector, as noted herein.

29. I have since become aware that in 1997, several years before Tan Systems began purchasing the **Turb0Power** lamps bearing the THR and TLR markings from Light Sources, that Light Sources had opposed the registration of the mark VHR to Cosmedico by the filing of an opposition in the United States Patent and Trademark Office. Tan Systems was not a party to said opposition proceedings and was never aware of the opposition Light Sources filed.

30. In 1997, Tan Systems had not yet adopted the use of the **Turb0Power** mark, nor was Tan Systems selling any lamps bearing the accused THR or TLR marks.

31. Tan Systems had no part in, took no part in, had absolutely no knowledge of the opposition being conducted in 1997 solely by Light Sources. Certainly, Tan Systems was not in privity or related to Light Sources in any

7

manner in 1997 with respect to the opposition proceeding before the U.S. Patent & Trademark Office relating to the VHR alleged registered mark.

32. While Tan Systems has sold its sun tanning business to Heartland Tan and Tan Systems has ceased doing any sun tanning related business, Tan Systems has not yet been formally dissolved.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code.

KRISTEN TIFFANY

Dated: April    , 2004

8