```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
```

LIGHT SOURCES, INC.,
        Plaintiff

    v.
                            Civil Action
                            No. 303 CV 874 (MRK)

                            At New Haven
COSMEDICO LIGHT, INC.,
        Defendant              May 14, 2004


**MOTION FOR MODIFICATION OF
SCHEDULING ORDER DATED
SEPTEMBER 2, 2003**

    Pursuant to Rule 6, Fed.R.Civ.P., and Local Rule 7(b)(2), Plaintiff, Light Sources, Inc., hereby moves to extend certain of the "deadlines" set forth in paragraphs 4, 5, 6 and 7 of the Court's Scheduling Order of September 2, 2003, as follows:

    4.  All discovery, which was to be completed by May 30, 2004, be extended to and including August 23, 2004.

    5.  Dispositive motions, which were to be filed by June 30, 2004, shall be extended to and including September 23, 2004, and that this matter, which was to be deemed trial ready December 30, 2004, shall be extended to March 23, 2005.  The parties Joint Trial Memorandum will be filed 30 days after a ruling on dispositive motions.

1

6. If no dispositive motions are filed, the parties Joint Trial Memorandum, which was to be due on September 30, 2004, shall be extended to November 30, 2004, and the case will be deemed trial ready immediately thereafter, and

7. A telephonic status conference shall be held at 10:00 a.m. on October 29, 2004. Mr. Fattibene shall initiate the conference; Chambers 203-773-2022.

In all other respects, this motion is not directed to and/or is intended to modify any other portion of the Court's Scheduling Order of September 2, 2003, except as noted in this Motion.

The grounds on which this Motion is predicated are:

1. The matter has been referred to Magistrate Judge Garfinkel for settlement as per the Court's Order of March 12, 2004. Magistrate Judge Garfinkel has issued a Settlement Conference Order setting a settlement conference for June 23, 2004 at 10:00 a.m. As indicated in Judge Garfinkel's Settlement Conference Order of April 20, 2004, the purpose of the settlement conference is to give the parties the opportunity to consider settlement before the expenditure of additional expense.

2. This matter appears to be and should be amicably resolved, as there has been a material change in the status

2

of one of the parties which should render the litigation conducive to settlement at this time.

3. Neither party has undertaken any depositions and they are not desirous of expending any additional expense, if settlement may be eminent.

4. For the reasons stated above, it is virtually impossible for the parties to complete the anticipated discovery and/or take the depositions necessary prior to the <u>current close of discovery dated May 30, 2004</u>, and particularly not when Plaintiff's counsel will be out of the country after May 18, 2004 for almost two (2) weeks.

This is to certify that Plaintiff's undersigned counsel discussed the substance of this Motion with Defendant's principal counsel, Mr. Dale Malone, on May 4, 2004, by telephone. Defendant's counsel, Mr. Malone, advised that Defendant has no objection to the Motion and that Defendant would consent to the Motion.

Pursuant to Local Conn. Civil Rule 7(b), the undersigned counsel represents that this is the first request for the extensions of the deadlines specified herein with respect to the Court's Scheduling Order of September 2, 2003.

**C O N C L U S I O N**

For the reasons stated and in the interest of the respective parties herein, it is requested that this Motion be granted.

        Respectfully submitted,
        **Fattibene and Fattibene**


        By_____
        Arthur T. Fattibene, CT 06916
        Paul A. Fattibene, CT 12760
        2480 Post Road
        Southport, CT 06890
        Tel. 203-255-4400
        Fax  203-259-0033