UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 2 12 02 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

LIGHT SOURCES, INC.,
and TAN SYSTEMS, INC.

    Plaintiffs,

v.

COSMEDICO LIGHT, INC.,

    Defendant.

NO. 3:03CV874(MRK)

## ORDER

As discussed during the Court's telephone conference with the parties on June 1, 2004, Plaintiff's Motion for Modification of the Scheduling Order Dated September 2, 2003 [doc. #46] is GRANTED. The deadlines will be adjusted as follows:

All discovery will be completed by **July 23, 2004.**

Dispositive motions will be filed by **August 23, 2004**.

The parties' Joint Trial Memorandum will be due 30 days after any ruling on dispositive motions. The case will be considered trial ready upon the filing of the Joint Trial Memorandum.

Defendant's Motion for Summary Judgment [doc. #36] is DENIED without prejudice to renew after the close of discovery. The oral argument scheduled for June 28, 2004 is cancelled.

**No further extensions will be granted.**

IT IS SO ORDERED

_____
Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: June 2, 2004**