IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at New Haven

| | |
|---|---|
| Light Sources, Inc., <br> Tan Systems, Inc. <br>  Plaintiff, <br> v. <br> Cosmedico Light, Inc., <br>  Defendant. | Civil Action No.: 3:03-CV-874 (MRK) <br><br> District Judge: Mark R. KRAVITZ <br><br> July 15, 2004 |

## MOTION FOR ADMISSION OF A VISITING LAWYER PURSUANT TO LOCAL RULE 83.1(d)

The undersigned, a member of the bar of this Court, moves pursuant to Rule 83.1(d) of the Local Rules of Practice of the Court that Attorney Cynthia L. Counts, of the law firm of Counts and Associates, be admitted as counsel for plaintiff, Tan Systems, Inc., pro hac vice, in the above captioned case. In support of this Motion, Petitioner states the following:

1. Cynthia L. Counts, is admitted to practice and is a member in good standing, of the United States Supreme Court, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Northern District of Georgia, the Georgia Supreme Court, the Georgia Court of Appeals, the Georgia Superior Courts of Law & Equity, and the State Bar of Georgia.

2. Cynthia L. Counts has not been denied admission or disciplined by this Court or any other court.

3:03 cv 874 (MRK)

3.  For the Court's records, Petitioner's address and telephone number are:

    Cynthia L. Counts, Esq.
    Counts and Associates
    1384 Lanier Place, N. E.
    Atlanta, Georgia 30306

    Telephone:   404-876-1785
    Facsimile:   404-249-9897
    e-mail:      ccounts@lawcounts.com

4.  A Declaration attesting to these facts is being filed herewith.

In accordance with Rule 83.1(d)(2), a check, payable to the Clerk of this Court, in the amount of $25.00, is **enclosed** herewith.

Respectfully submitted,

July 15, 2004

Paul A. Fattibene (CT 12760)
Fattibene & Fattibene
2480 Post Road
Southport, CT 06890

Telephone: (203) 255-4400
Facsimile: (203) 259-0033
e-mail:    paul@fattibene.com

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at New Haven

| | | |
|---|---|---|
| Light Sources, Inc., <br> Tan Systems, Inc. <br>      Plaintiff, <br> v. <br><br> Cosmedico Light, Inc., <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.: 3:03-CV-874 (MRK) <br><br> District Judge: Mark R. KRAVITZ |

## DECLARATION IN SUPPORT OF
## MOTION FOR ADMISSION OF A VISITING LAWYER
## PURSUANT TO LOCAL RULE 83.1(d)

1. I, Cynthia L. Counts, am a member of the law firm of Counts and Associates, having offices at:

  Counts and Associates
  1384 Lanier Place, N. E.
  Atlanta, Georgia  30306

  Telephone: 404-876-1785
  Facsimile: 404-249-9897
  e-mail:  ccounts@lawcounts.com

2. I am a admitted to practice and am a member in good standing, of the United States Supreme Court, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Northern District of Georgia, the Georgia Supreme Court, the Georgia Court of Appeals, the Georgia Superior Courts of Law & Equity, and the State Bar of Georgia.

3.  I have not been denied admission or disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code.

July __14th__, 2004

_____
Cynthia L. Counts

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at New Haven

LIGHT SOURCES, INC.
TAN SYSTEMS, INC.
          Plaintiffs

    v.                          CASE NO.  **3:03 CV 874(MRK)**

                                      Date: July 15, 2004
Cosmedico Light, Inc.
          Defendant
_____/

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **July 15, 2004** a copy of the following:

**MOTION FOR ADMISSION OF A VISITING LAWYER PURSUANT TO LOCAL RULE 83.1(d), for Cynthia L. Counts**

was caused to be mailed by first class mail, postage pre-paid, to Defendant's counsel at:

Dale A. Malone, Esq.
Banner & Witcoff
28 State Street, 28th Floor
Boston, MA  02109-1775

James W. Oliver, Esq.
Jose A. Aguiar, Esq.
Berman and Sable
100 Pearl Street, 10th Floor
Hartford, CT 06103

_____
Paul A. Fattibene