

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at New Haven

| Light Sources, Inc., Tan Systems, Inc. | ) |
|---|---|
| Plaintiff, | ) Civil Action No.: 3:03-CV-874 (MRK) |
| v. | ) |
| Cosmedico Light, Inc., | ) District Judge: Mark R. KRAVITZ |
| | ) July 15, 2004 |
| Defendant. | ) |



## MOTION FOR ADMISSION OF A VISITING LAWYER PURSUANT TO LOCAL RULE 83.1(d)

The undersigned, a member of the bar of this Court, moves pursuant to Rule 83.1(d) of the Local Rules of Practice of the Court that Attorney Cynthia L. Counts, of the law firm of Counts and Associates, be admitted as counsel for plaintiff, Tan Systems, Inc., pro hac vice, in the above captioned case. In support of this Motion, Petitioner states the following:

1. Cynthia L. Counts, is admitted to practice and is a member in good standing, of the United States Supreme Court, the United States Court of Appeals for the Eleventh Circuit, the United States District Court for the Northern District of Georgia, the Georgia Supreme Court, the Georgia Court of Appeals, the Georgia Superior Courts of Law & Equity, and the State Bar of Georgia.

2. Cynthia L. Counts has not been denied admission or disciplined by this Court or any other court.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

By_____
       Deputy Clerk