## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIGHT SOURCES, INC., | : | |
| and TAN SYSTEMS, INC. | : | |
| | : | |
| Plaintiffs, | : | NO. 3:03CV874(MRK) |
| v. | : | |
| | : | |
| COSMEDICO LIGHT, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having considered the parties' submissions and the case law, Plaintiff Tan Systems' Motion for Protective Order [doc. #51] is DENIED to the extent that it seeks to move the deposition of Kristin Crumpler to Atlanta. Ms. Crumpler will be required to come to Connecticut for the deposition at a time convenient to her and the other parties.

                IT IS SO ORDERED.

                /s/      Mark R. Kravitz
                United States District Judge

**Dated at New Haven, Connecticut: August 11, 2004**