IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Light Sources, Inc., and Tan Systems, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Cosmedico Light, Inc., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 303-CV-874 (MRK) <br><br> August 23, 2004 |

## DEFENDANT COSMEDICO LIGHT, INC.'S MOTION FOR ONE DAY EXTENSION OF TIME WITHIN WHICH TO FILE ITS DISPOSITIVE MOTION

The Defendant, Cosmedico Light, Inc., ("Cosmedico") hereby requests a one day extension of time within which to file its Renewed Motion for Partial Summary Judgment as to Counts I, II and V of the Second Amended Complaint. The Court had previously directed the parties to file any dispositive motions by August 23, 2004. Due to difficulties in the attempted transmission of the motion papers, including the attachments supporting the motion, to local counsel, the motion papers are being filed by lead counsel directly with the Court by overnight courier.

The undersigned attorney for Cosmedico attempted, on August 23, 2004, to confer with plaintiffs' counsel in Atlanta and in Southport in order to determine whether or not plaintiffs would consent to this motion for a one day extension. However, phone messages left for both of plaintiffs' attorneys were not returned in time to confer prior to the posting of these motion

papers.

Cosmedico respectfully requests that this motion for a one day extension of time within which to file it motion for partial summary judgment be granted.

Respectfully submitted,

_____
Dale A. Malone (Fed. Bar No. ct25020)
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
Tel: 617-720-9600
Fax: 617-720-9601
dmalone@bannerwitcoff.com

James Oliver (Fed. Bar No. ct02510)
Berman and Sable
100 Pearl Street
Hartford, CT 06103
Tel: 860-527-9699
Fax: 860-527-9077

Attorneys for Defendant,
COSMEDICO LIGHT, INC.

### Certificate of Service

I hereby certify that a copy of the foregoing document has been served, first class U.S. mail, postage prepaid, this 23rd day of August, 2004, on plaintiffs' counsel of record as follows:

| | |
|---|---|
| Arthur T. Fattibene | Cynthia L. Counts |
| Fattibene & Fattibene | Counts & Associates |
| 2480 Post Road | 1384 Lanier Place |
| Southport, CT 06890 | Atlanta, Georgia 30306 |

_____

2