## TABLE OF CONTENTS

Page No.

I. NATURE OF THE PROCEEDINGS  1

II. STATEMENT OF FACTS  3

    A. Background  3

    B. Cosmedico's Renewed Motion For Partial Summary Judgment Is Limited To Counts I, II and V Of The Second Amended Complaint And To Only The Alleged VHR Mark In Suit.  9

    C. The Prior U.S. Patent and Trademark Office Examination Proceedings Relating To The Registration Of The Mark VHR And The Opposition Thereto.  10

    D. Cosmedico's Inequitable Conduct In Securing The VHR Trademark Registration.  16

    E. The Counts Of The Second Amended Complaint That Are The Subject Of Cosmedico's Renewed Partial Summary Judgment Motion.  19

A R G U M E N T  22

I. COSMEDICO'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ASSERTING COUNTS I, II AND V OF THE SECOND AMENDED COMPLAINT ARE BARRED UNDER THE DOCTRINE OF CLAIM PRECLUSION (RES JUDICATA) DOES NOT QUALITY AS A SUMMARY JUDGMENT MOTION UNDER RULE 56, FED.R.CIV.P.  22

II. THE SUMMARY JUDGMENT STANDARD  24

III. THE RELEVANT LAW PERTAINING TO RES JUDICATA  25

IV. COUNT I OF THE SECOND AMENDED COMPLAINT PLEADS A CAUSE OF ACTION THAT IS MATERIALLY DIFFERENT FROM THAT ASSERTED IN THE OPPOSITION PROCEEDING AND AROSE SUBSEQUENT TO THE OPPOSITION.  31

V.   COUNT II OF THE SECOND AMENDED COMPLAINT IS NOT THE SAME CAUSE OF ACTION PLEADED IN THE OPPOSITION PROCEEDING.   33

VI.  COUNT V OF THE SECOND AMENDED COMPLAINT ASSERTING A CLAIM OF INEQUITABLE CONDUCT IN PROCURING THE REGISTRATION FOR THE VHR MARK IS NOT THE SAME ISSUE THAT WAS URGED IN THE OPPOSITION PROCEEDING.   35

VII. TAN SYSTEMS WAS NOT A PARTY IN PRIVITY WITH LIGHT SOURCES TO THE PRIOR OPPOSITION PROCEEDING.   36

VIII. LIGHT SOURCES AND TAN SYSTEMS DO HAVE A REAL INTEREST AND STANDING TO ASSERT CANCELLATION OF THE VHR MARK ASSERTED IN COUNT II.   38

C O N C L U S I O N   40

# TABLE OF AUTHORITIES

## TABLE OF CASES

|  | Page No. |
|---|---|
| <u>Anderson v. Liberty Lobby, Inc.</u>,<br>    477 US 442; 91 L.Ed.2d 202;<br>    106 S.Ct. 2505 (1986) | 24 |
| <u>Jim Beam Brands Co. v. Beamish & Crawford, Ltd.</u><br>    19 USPQ2d 1352 (2 Cir 1991) | 27 |
| <u>Copelands' Enterprises, Inc. v. CNV, Inc.</u><br>    945 F.2d 1563; 20 USPQ 2d 1294<br>    (Fed Cir 1991) | 24, 25, 38 |
| <u>In Re Gyulay</u>,<br>    820 F.2d 1216; 3 USPQ 2d 1009 (Fed Cir 1987) | 34 |
| <u>Irving-Cloud Publishing Co. v. Chilton Co.</u>,<br>    463 F.Supp. 476; 201 USPQ 772 (E.D. Pa 1978) | 28 |
| <u>King-Size, Inc. v. Frank's King Size Clothes, Inc.</u><br>    216 USPQ 2d 427, 437 (SD Texas 1982) | 34 |
| <u>Kremer v. Chemical Constr. Corp.</u><br>    465 US 461, 467 n. 6 (1982) | 25 |
| <u>Lawlor v. National Screen Serv. Corp.</u>,<br>    349 US 322, 327-28 (1955) | 30 |
| <u>Levy v. Kosher Overseers Assoc. of America</u>,<br>    41 USPQ 2d 1456 (2 Cir 1997) | 27 |
| <u>John Morrell & Co. v. Doyle</u>,<br>    97 F.2 232 (7 Cir 1938),<br>    cert. denied 305 US 643 | 28 |
| <u>Nabisco, Inc. v. Warner Lambert Co.</u><br>    220 F.2d 43, 45; 55 USPQ 2d 1051 (2 Cir 2000) | 24 |
| <u>National Railroad Passenger Corp. v.<br>City of New York</u>,<br>    882 F.2d 710 (2nd Cir. 1989) | 24 |

Plus Products v. Natural Organic, Inc.                                          29
          ; 223 USPQ at 28 (SDNY 1984)

Ritchie v. Simpson                                                              39
     170 F.3d 1902; 50 USPQ 2d 1023 (Fed Cir 1999)

Save the Children Federation v.
Larry Jones Ministries,                                                26, 28, 31
          ; 38 USPQ 2d at 1498
             (D.Conn. 1996)

Storey v. Cello Holdings, LLC,                                     29, 30, 31, 35
     68 USPQ 2d 1641 (2 Cir 2003),

Tonka Corp. v. Rose Art Industries, Inc.,                                  26, 35
     836 F.Supp. 200; 29 USPQ 2d 1801 (DNJ 1993)

U.S. v. Certain Land at Irving Place & 16th St.                                 29
     415 F.2d 265, 269 (2 Cir 1969)

West Indian Sea Island Cotton v. Threadtex, Inc.,                               26
     761 F.Supp. 1041; 21 USPQ 2d 1881 (SDNY 1991)

Zatarains, Inc. v. Oak Grove Smokehouse, Inc.,                                  34
          ; 217 USPQ 988 (5 Cir)

Zip Dee, Inc. v. Dometric Corp.                                             23, 30
     886 F.Supp. 1427; 38 USPQ 2d 1239, 1241
     (N.D. Ill 1995)

**STATUTES**

**United States Code**

    15 USC 1052                                                        21, 23, 35
    15 USC 1063                                                             1, 35
    15 USC 1064                                                                39
    15 USC 1119                                                            21, 33
    15 USC 1120                                                                22
    28 USC 1338(a)                                                             28

Trademark Act of 1946, Sect. 13(a)                                             12

**RULES**

```
Federal Rules of Civil Procedure
     Rule 16                                                     23
     Rule 56                                                 22, 23

Connecticut Local Rule 56(a)(2)                                   2

Trademark Rules 2.101, 2.102                                     12
```

**TREATISES**

```
McCarthy on Trademarks
   4th Edition, Vol. 3, Section 20:7, 20:10,
   20:11, 20:46                                                  39
```