Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

**United States Patent and Trademark Office**

Reg. No. 2,788,198
Registered Dec. 2, 2003

## TRADEMARK
### PRINCIPAL REGISTER



COSMEDICO LIGHT, INC. (DELAWARE CORPORATION)
233 LIBBEY IND. PARKWAY
WEYMOUTH, MA 02189

FOR: VERY HIGH OUPUT, LONGLIFE, REFLECTOR STYLE FLUORESCENT LIGHTING TUBES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 7-30-1997; IN COMMERCE 7-30-1997.

OWNER OF U.S. REG. NOS. 1,365,407 AND 2,476,193.

SER. NO. 76-415,356, FILED 6-3-2002.

CATHERINE CAIN, EXAMINING ATTORNEY

*EXHIBIT 1*