**Table of Contents**

Page No.

I. Nature of Proceedings                                                                                  1

II.  Statement of Facts                                                                                    2

A R G U M E N T                                                                                            4

I.  COSMEDICO'S "CONFIDENTIAL" AND "RESTRICTED
CONFIDENTIAL" DESIGNATIONS ARE IMPROPER AND
THE DOCUMENTS SO MARKED ARE NOT ENTITLED TO
PROTECTION UNDER RULE 26(c)(7), FED.R.CIV.P.                                                               5

II.  COSMEDICO DOCUMENTS DESIGNATED AS
"CONFIDENTIAL" OR "RESTRICTED CONFIDENTIAL"
ARE NOT RELATED TO TRADE SECRETS OR OTHER
CONFIDENTIAL RESEARCH, DEVELOPMENT OR COMMERCIAL
INFORMATION WITHIN THE MEANING OF FED.R.CIV.P.
RULE 26(c)(7) OR AS DEFINED IN THE PROTECTIVE ORDER                                                        7

III.  COSMEDICO'S CROSS MOTION TO STRIKE IS
LACKING IN MERIT                                                                                          15

IV.  MR. MALONE'S DECLARATON IN SUPPORT OF
COSMEDICO'S MOTION TO STRIKE IS INAPPROPRIATE                                                             17

C O N C L U S I O N                                                                                       19