**Document No. 1**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC., Plaintiffs, | : : : : : |
| v. | : : CIVIL ACTION NO. : 3:03-CV-874 (MRK) |
| COSMEDICO LIGHT, INC., Defendant | : : : : |
| COSMEDICO LIGHT, INC., Counterclaimant | : : : : |
| v. | : : |
| TAN SYSTEMS, INC., and LIGHT SOURCES, INC., Counterdefendants, | : : SEPTEMBER 28, 2004 : : |

**DEFENDANT, COSMEDICO LIGHT, INC.'S
RESPONSE TO SEPTEMBER 21, 2004, ORDER TO SHOW CAUSE**

Defendant, Cosmedico Light, Inc. ("Cosmedico") responds as follows to the September 21, 2004 Order to Show Cause issued by the Court pertaining to the filing of documents under seal.

Documents involved in this Order, Defendant's Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment [doc. #69] and Defendant's Local Rule 56(a)(2) Statement in Opposition to Plaintiffs' Motion for Partial Summary Judgment [doc. #70] both make reference to documents duly designated by Cosmedico as "Confidential"

under the Protective Order entered in this action. The documents as filed, however, failed to comply fully with the provisions of the December 18, 2003 Order. The deficiencies of the prior filings are cured as follows:

As to document #69 (the opposition brief), which makes reference to a "Highly Confidential" document, there is no confidential content set forth in the brief itself. Accordingly, Cosmedico withdraws its request to seal this document. A replacement copy of the document, deleting the previous reference to the protective order from the cover page, has been filed with the clerk's office to avoid confusion regarding the status of the document. Cosmedico respectfully requests leave to substitute this copy for the previously-filed version.

As to document #70 (the Local Rule 56(a)(2) statement), Cosmedico has filed herewith a redacted public version of the document, as well as a separate motion requesting that the specific confidential material be kept under seal, with a showing of good cause for the redactions.

Cosmedico regrets the inconvenience to the Court resulting from the parties' failure to comply fully with the terms of the Protective Order.

Respectfully submitted,

Dated: September 28, 2004

_____
JAMES W. OLIVER
Federal Bar No.: ct02510
Berman and Sable
100 Pearl Street, 10th Floor
Hartford, CT 06103
Tel:   (860) 527-9699

Fax: (860) 527-9077

DALE A. MALONE
Federal Bar No.: ct25020
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
Tel: (617) 720-9600
Fax: (617) 720-9601

Attorney for Defendant, Cosmedico Light, Inc.

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing document was served by mail, first class postage prepaid, on this 28th day of September, 2004 to all counsel of record as follows:

Arthur T. Fattibene, Esq.  Cynthia L. Counts, Esq.
Paul A. Fattibene, Esq.  Counts & Associates
2480 Post Road  1384 Lanier Place
Southport, CT 06490  Atlanta, Georgia 30306

_____
Dale A. Malone

3