Case 3:03-cv-00874-MRK    Document 81    Filed 09/29/2004    Page 1 of 5

**Document No. 4**

Case 3:03-cv-00874-MRK    Document 81    Filed 09/29/2004    Page 1 of 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC.,<br>and TAN SYSTEMS, INC.,<br>　　　Plaintiffs,<br><br>v.<br><br>COSMEDICO LIGHT, INC.,<br>　　　Defendant<br><br>COSMEDICO LIGHT, INC.,<br>　　　Counterclaimant<br><br>v.<br><br>TAN SYSTEMS, INC.,<br>and LIGHT SOURCES, INC.,<br>　　　Counterdefendants, | CIVIL ACTION NO. :<br>3:03-CV-874 (MRK)<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 28, 2004 |

### DEFENDANT, COSMEDICO LIGHT, INC.'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Pursuant to the Court's Order of December 18, 2003 granting, with modification, the stipulated Protective Order submitted by the parties, defendant, Cosmedico Light, Inc. ("Cosmedico") hereby requests leave to file under seal two exhibits to its previously filed *Cosmedico's Local Rule 56(a)(2) Statement in Opposition to Plaintiffs' Motion for Partial Summary Judgment* [Document #70] (referred to herein as "Cosmedico's L.R. 56 Statement)". A redacted public version of this entire document has been filed concurrently herewith. As grounds for this request, Cosmedico submits:

1. Cosmedico's L.R. 56 Statement, filed on September 10, 2004, is supported by 12 exhibits comprising deposition transcript excerpts and documentary evidence offered by defendants in opposition to plaintiffs' motion for partial summary judgment.

2. Exhibit 4 to Cosmedico's L.R. 56 Statement is an excerpt from the deposition transcript of Cosmedico's president, Mr. Jerry Frank. Mr. Frank's excerpted testimony concerns a license agreement between Cosmedico and a third party, Royal Sun. Although the existence of the trademark license between Cosmedico and Royal Sun is publicly known, the terms of the license agreement itself are confidential between Cosmedico and its licensee. The excerpt redacted from the public version of Document #70 concerns those license terms. Only the specific discussion of those terms is redacted from the public version of the exhibit.

3. Exhibit 12 to Cosmedico's L.R. 56 Statement is a collection of correspondence representing Cosmedico's efforts to police its VHR and VLR trademarks by requesting third parties using the marks inappropriately to refrain from such improper usage. This correspondence includes both formal cease-and-desist letters to competitors from Cosmedico and its counsel, as well as correspondence between Cosmedico and some of its customers whose print ads failed to include the required indications of Cosmedico's ownership of its marks. While Cosmedico has no reasonable expectation that competitors would maintain such cease-and-desist letters as confidential, the Cosmedico *customer* correspondence is considered by Cosmedico, in good faith, to be "confidential" as defined in the Protective Order, *i.e.* it constitutes or contains proprietary business information not generally known and which the Party would normally not reveal to third parties or would cause third parties to hold

in confidence. The redacted public version of Exhibit 12 masks only the customer-identifying information from this correspondence.

4. As to both Exhibit 4 and Exhibit 12 to Cosmedico's L.R. 56 Statement, only the specific, narrowly drawn material that Cosmedico considers to be confidential has been redacted from the publicly available version of the document.

Accordingly, Cosmedico respectfully requests leave to maintain the previously-filed L.R. 56 Statement, including the complete versions of Exhibits 4 and 12, under seal.

Respectfully submitted,

Dated: September 28, 2004

_____
JAMES W. OLIVER
Federal Bar No.: ct02510
Berman and Sable
100 Pearl Street, 10th Floor
Hartford, CT 06103
Tel:   (860) 527-9699
Fax:   (860) 527-9077

DALE A. MALONE
Federal Bar No.: ct25020
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
Tel:   (617) 720-9600
Fax:   (617) 720-9601

Attorney for Defendant, Cosmedico Light, Inc.

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing document was served by mail, first class postage prepaid, on this 28th day of September, 2004 to all counsel of record as follows:

Arthur T. Fattibene, Esq.
Paul A. Fattibene, Esq.
2480 Post Road
Southport, CT 06490

Cynthia L. Counts, Esq.
Counts & Associates
1384 Lanier Place
Atlanta, Georgia 30306

_____
Dale A. Malone