IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
at New Haven

| | |
|---|---|
| Light Sources, Inc., )<br>Tan Systems, Inc. )<br>　　　　　　　Plaintiff, )<br>　　v. )<br>　　　　　　　　　　　　)<br>Cosmedico Light, Inc., )<br>　　　　　　　　　　　　)<br>　　　　　　　Defendant. ) | Civil Action No.: 3:03-CV-874 (MRK)<br><br>District Judge: Mark R. KRAVITZ<br><br>September 30, 2004 |

## PLAINTIFFS' SUPPLEMENTAL
## RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE
## DATED SEPTEMBER 21, 2004

  The Court's Order to Show Cause of September 21, 2004 required the parties to show cause why documents Docs. #69, 70, 71, 72 and 73 have been filed under seal. The Order to Show Cause also requested that both parties file (1) redacted public versions of documents Doc. #69, 70, 71, 72 and 73, in which only the specific, narrowly drawn material that the party is claiming is confidential is redacted from the document; and (2) that the parties must also file a motion demonstrating good cause for any redactions.

  The Plaintiff is not claiming that any information, documents, or other matter set forth in Docs. #69, 70, 71, 72 and 73 is "confidential" or "highly confidential".

  Defendant on the other hand has designated 378 pages of documents out of an initial 469 pages of documents pursuant to discovery requests, and 114 pages out of a 30(b)(6) deposition containing 201 pages as "confidential" or "highly confidential" pursuant to the outstanding Protective Order.

3:03 cv 874 (MRK)

Plaintiff on August 23, 2004 filed a motion to vacate the Protective Order, which has now been fully briefed by both sides, and is ripe for decision.

Plaintiff submitted Docs. #71, 72, and 73 under seal solely for the purpose of complying with the terms of the Protective Order, until such time that the Protective Order is modified or vacated by the Court, as Docs. #71, 72, and 73 referred to and/or included material Defendant designated as "confidential" or "highly confidential" subject to the Protective Order.

Pursuant to the Order to Show Cause, as understood by Plaintiffs, Plaintiffs need not file a redacted version of Docs. # 69, 70, 71, 72, 73 because the Plaintiffs are not claiming that any material is confidential. Therefore, it is believed Plaintiff need not file a motion demonstrating good cause for any redactions, since Plaintiff is not claiming any material is confidential and is not requesting the redacting of any material.

Therefore, it is submitted by Plaintiffs that the Court should unseal the entire file.

Respectfully submitted,

September 30, 2004

_____
Arthur T. Fattibene (CT  06916 )
Fattibene & Fattibene
2480 Post Road
Southport, CT 06890

Telephone: (203) 255-4400
Facsimile:  (203) 259-0033
e-mail:      paul@fattibene.com

2