# Original Dr. Müller






SOLAR SYSTEM

SYSTEME SOLAIRE

SISTEMA SOLAR







## 🇺🇸 About The Company

Quarzlampenfabrik Dr. Müller (QDM™) offers full and partial-body tanning systems under Orbit™, Magna™, Sonic™, Odyssey™, Quattro™ & Speed™ brand names. Advanced performance, engineering and reliability are hallmarks of this professional line.

Since 1926, QDM has been the major force in indoor tanning. Headquarters are located in Essen, Germany, with distribution centers in North and South America. Authorized dealers provide regional and local assistance.

QDM offers training, finance and education to ensure success and growth for every customer. As for quality, QDM tanning systems, lamps and parts come with extensive warranties and liability coverage.

QDM owns and operates thousands of tanning units, setting the pace for indoor tanning technology. Breeze Advantage Plus™ management software controls equipment, sales and service in one easy program. We provide brochures, posters, ad slicks and other sales materials.

In short, QDM turnkey systems offer equipment, software, controls, marketing, design, financing and support. Whether opening a single salon, a chain or upgrading equipment, QDM is your single source for total success.

## 🇩🇪 Über das Unternehmen

Die Quarzlampenfabrik Dr. Müller (QDM) produziert Ganz– und Teilkörperbesonnungsanlagen für den kommerziellen Einsatz in Sonnenstudios, Sport- und Freizeiteinrichtungen, Fitnessclubs, Kosmetikstudios und Hotels. Hervorragende Leistung und Technik sowie absolute Zuverlässigkeit zeichnen diese professionelle Gerätelinie aus.

Seit 1926 ist QDM eine der führenden Kräfte auf dem Gebiet der UV-Technologie. Der Sitz des Unternehmens befindet sich in Essen. Von hier aus wird auch der europäische Vertrieb an Händler und Länderrepräsentanten organisiert. Autorisierte Vertriebszentren für Nord– und Südamerika haben ihren Hauptsitz in San Francisco und Buenos Aires. So können Sie sicher sein, daß Ihnen erfahrene Fachhändler weltweit mit Rat und Tat zur Verfügung stehen.

QDM bietet Schulungs–, Finanzierungs– und Ausbildungsprogramme, um jedem Studiobetreiber den geschäftlichen Erfolg zu ermöglichen. Und was die Qualität unserer Produkte angeht, so kann es sich QDM ruhigen Gewissens leisten, über die üblichen Garantiezeiten hinauszugehen.

QDM betreibt über mehrere Profit-Sharing Unternehmen eine große Anzahl von VHP Ganz– und Teilkörperbräunern, die als Schrittmacher in der technischen Weiterentwicklung von Besonnungssystemen dienen – und als Rentabilitätskontrolle. Die passende Studiosoftware bieten wir ebenfalls an: Breeze Advantage™ Plus kontrolliert Geräte, Umsätze und sonstige Serviceleistungen in nur einem, einfach zu bedienenden Programm. Selbstverständlich bekommen Sie bei uns auch alle notwendigen Marketing– und Verkaufshilfen für Ihre Studiowerbung.

Kurz und gut, QDM bietet Ihnen ein schlüsselfertiges Besonnungssystem an, inklusive Geräten, Software, Kontrolgeräten, Marketing, Studiodesign und Kundendienst. Ein von Profis konzipiertes komplettes Programm – für Profis. Ob Sie nur ein einzelnes Studio eröffnen wollen, eine ganze Kette oder ob Sie Ihre bestehende Geräteausstattung ergänzen oder modernisieren möchten, bei QDM erhalten Sie alles, was Sie zum Erfolg brauchen – aus einer Hand.

## 🇪🇸 La Compañía

QDM ofrece sistemas de bronceado completo y parcial (para ciertas zonas del cuerpo) bajo las marcas registradas Orbit, Magna, Sonic, Odyssey, Quattro & Speed. El rendimiento avanzado, la tecnología y la confiabilidad son hitos de esta línea profesional.

Desde 1926, QDM ha sido punta en bronceado logrado sin sol. Su sede está en Essen, Alemania, con oficinas en San Francisco, Buenos Aires y distribuidores regionales en numerosas ciudades, para proveer asistencia en todo el mundo.

QDM ofrece capacitación, financiación y educación a fin de asegurar el éxito y el crecimiento de cada cliente. En cuanto a calidad, los sistemas de bronceado, lámparas y repuestos QDM se presentan con garantías y cobertura de seguro global.

QDM posee y opera miles de unidades de bronceado, con lo cual marca el paso en tecnología de bronceado en interiores. El software de gestión Breeze Advantage Plus controla equipos, ventas y servicio en un único y fácil programa. Proveemos folletos, posters, adhesivos y otros materiales de ventas. En síntesis, los sistemas llave en mano QDM ofrecen equipos, software, controles, marketing, diseño, financiación y apoyo. Se abra un solo salón o una cadena o se compre equipamiento destinado a mejorar la calidad del servicio, QDM es la fuente exclusiva para el éxito total.

## 🇫🇷 Au Sujet de la Société

Quarzlampenfabrik Dr. Müller (QDM) offre des systèmes de bronzage partiel ou intégral sous les noms de marque Orbit, Magna, Sonic, Odyssey, Quattro et Super Sun. Performance de pointe, technologie avancée et fiabilité sont caractéristiques de cette ligne de produits professionnels.

Depuis 1926, QDM est la force majeure du domaine du bronzage en intérieur. Le siège social, qui est également le centre du réseau de distribution national et européen, se trouve à Essen, en Allemagne. Les bureaux centraux des centres de distribution pour les Amériques du Nord et du Sud sont implantés à San Francisco et Buenos Aires. Des concessionnaires amplement qualifiés assurent l'assistance au niveau local et régional dans le monde entier.

QDM offre la formation, le financement et l'éducation nécessaires pour assurer la réussite et la croissance de chacun de ses clients. En matière de qualité, les systèmes de bronzage, lampes et pièces détachées sont couvertes par des garanties et des assurances de responsabilité extensives.

Des filiales de QDM sont propriétaires et exploitants d'un nombre considérable de salons de bronzage sur la base d'une participation aux profits et sont les leaders de la technologie dans ce domaine. Le logiciel de gestion Breeze Advantage™ Plus permet de contrôler l'équipement, les ventes et le service avec un seul programme simple d'emploi. Nous fournissons les brochures, posters, annonces publicitaires et autres

2

matériels de vente. En bref, les systèmes clés en main de DDM mettent à votre disposition l'équipement, le logiciel, les dispositifs de commande, le marketing, le design, le financement et le support nécessaires. Que vous ouvriez un salon unique, une chaîne ou que vous modernisiez votre équipement, DDM est votre unique source pour un succès garanti.

## CONTENTS

| | |
|---|---|
| The Original Dr. Müller | 4-5 |
| Worldwide Experience | 6 |
| Precision Engineering | 7 |
| Research and Development | 8 |
| State-of-the-Art Systems | 9 |
| Leading-Edge Manufacturing | 10 |
| Quality Assurance | 11 |
| Advanced High Pressure Lamps | 12-13 |
| Orbit VHP™ Solar Systems | 14-17 |
| Classic VHP™ Solar Systems | 18-20 |
| Vibrolarium & Hippolarium | 21 |
| Speed VHP™ Partial Body Systems | 22-23 |
| Advanced Low-Pressure Lamps | 24 |
| California Tan™ Retail Products | 25 |
| The Salon Concept | 26-27 |
| Breeze Advantage™ Plus Business Management & Other Controls | 28-29 |
| Customer Service, Support & Shipping | 30 |
| Financing, Warranties & Compliance | 31 |

## INHALTSVERZEICHNIS

| | |
|---|---|
| Der „Original Dr. Müller" | 4-5 |
| Weltweite Erfahrung | 6 |
| Präzisionstechnik | 7 |
| Entwicklung & Forschung | 8 |
| Besonnungssysteme auf höchstem technischen Niveau | 9 |
| Innovative Produktionstechniken | 10 |
| Qualitätssicherung | 11 |
| Fortschrittliche Hochdruck- und VHP-Technik | 12-13 |
| VHP™ Systeme: Die Orbit Linie | 14-17 |
| VHP™ Systeme: Die Klassik Linie | 18-20 |
| Vibrolarium und Hippolarium | 21 |
| VHP™ Systeme: Speed Teilkörperbräuner | 22-23 |
| Fortschrittliche UV-Niederdrucktechnik | 24 |
| California Tan™ Produkte | 25 |
| Das Studiokonzept | 26-27 |
| Breeze Advantage™ Plus Studiosoftware und andere Steuerungsgeräte | 28-29 |
| Kundendienst und Kundenbetreuung | 30 |
| Finanzierung/Garantien und Gewährleistungen | 31 |

## CONTENIDO

| | |
|---|---|
| Original Dr. Müller | 4-5 |
| Experiencia Mundial | 6 |
| Ingeniería de Precisión | 7 |
| Investigación y Desarrollo | 8 |
| Sistemas Modernos | 9 |
| Fabricación de Punta | 10 |
| Garantía de Calidad | 11 |
| Lámparas y Tubos de Avanzada | 12-13 |
| Orbit VHP™ | 14-17 |
| Línea Clásica VHP™ | 18-20 |
| Vibrolarium e Hippolarium | 21 |
| Línea de Equipamiento Facial | 22-23 |
| Tubos de Avanzada | 24 |
| Productos California Tan™ | 25 |
| El Concepto de Salón | 26-27 |
| Nuestro Software: Breeze Advantage™ Plus Business Management y Otros Controles | 28-29 |
| Servicio de Apoyo al Cliente | 30 |
| Garantía, Financiamiento, Leasing, Cumplimiento y Responsabilidad sobre Productos | 31 |

## TABLE DES MATIÈRES

| | |
|---|---|
| Le Véritable Docteur Müller | 4-5 |
| Une Expérience à L'échelle Mondiale | 6 |
| Technologie de Précision | 7 |
| Recherche et Développement | 8 |
| Des Systèmes de Pointe | 9 |
| Une Fabrication à la Pointe du Progrès | 10 |
| Assurance Qualité | 11 |
| Des Lampes à Haute Pression Avancées | 12-13 |
| Systèmes Orbit VHP™ | 14-17 |
| Systèmes Solar Classic VHP™ | 18-20 |
| Vibrolarium e Hippolarium | 21 |
| Systèmes de Bronzage Partiel Speed VHP™ | 22-23 |
| Lampes à Basse Pression Avancées | 24 |
| Produits de Détail California Tan™ | 25 |
| Le Concept du Salon | 26-27 |
| Gestionnaire Commercial Breeze Advantage™ Plus et Autres Systèmes de Contrôle | 28-29 |
| Service Après-vente, Support et Expéditions | 30 |
| Crédit, Garanties et Conformité | 31 |