### The Original Dr. Müller™

In 1926, after completing studies in physics, chemistry and the use of light to help cure human skin disorders, a young scientist named Dr. Felix Müller began to conduct his own research in the field of light therapy. He founded Quarzlampenfabrik Dr. Müller in Essen, Germany that year and the revolutionary Dr. Müller company had begun.

Dr. Müller began to develop technical devices that applied the latest theories and practices on the healing powers of light. With a small but well trained team, Dr. Müller manufactured highly advanced infrared lamps and ultraviolet devices for cosmetic and therapeutic use.

By the late 1930s, as coal miners developed physical and psychological ailments from lack of sunlight, Dr. Müller pioneered a special quartz light technology to help them. His infrared and ultraviolet solar panels gave them the daily dose of light and warmth they needed. Soon Dr. Müller panels were placed in mines across Europe.



Dr. Ing. Felix Müller (1900–1975)

From his tiny shop came a steady stream of ultraviolet cosmetic and medical equipment that attracted the attention of physicians, corporations and other players in Europe's growing industrialization. In 1956, Dr. Müller introduced the world's first heliotherapy solarium for home use.

By the 1960s, Dr. Müller had developed infrared heat therapy devices, ultraviolet units for treating acne, psoriasis and cosmetic applications, high pressure copy machine lamps and UV-HID quartz lamps for air & water purification and to sterilize surgical instruments.

The first true commercial indoor tanning unit debuted in 1976, followed by high pressure, full-body systems. QDM light therapy units and medical products now bring the benefits of heliotherapy to millions each year.

Today QDM is an undisputed leader in the manufacture of high quality tanning systems, HID/quartz lamps and UV-products for cosmetic, therapeutic and medical use worldwide.

### Der "Original Dr. Müller"

Im Jahre 1926, unmittelbar nach Beendigung seines Studiums der Physik und Chemie sowie intensiver Beschäftigung mit der Heliotherapie gründete Dr. Ing. Felix Müller in Essen die "Quarzlampenfabrik Dr. Müller".

Dr. Müller hatte sich eingehend mit unterschiedlichen Strahlungsquellen beschäftigt und wollte mit seinem jungen Unternehmen den neuen Erkenntnissen der Lichttherapie die notwendigen Technologien zur Verfügung stellen. Mit einem kleinen aber gut ausgebildeten Team begann er, UV-Geräte für die medizinische Anwendung herzustellen.

Als zum Ende der 30er Jahre Bergarbeiter wegen mangelnder Lichteinwirkung zunehmend unter körperlichen und seelischen Beschwerden litten, entwickelte Dr. Müller spezielle Solarwände, um ihnen zu helfen. Eine Kombination aus UV- und Infrarot-Strahlungsquellen sollte den Bergmännern die tägliche Dosis an Licht und Wärme geben, die sie brauchten. Sehr bald wurden diese Solarwände in allen wichtigen Bergbauregionen Europas installiert.

Das Unternehmen erwarb sich sowohl in der medizinischen Fachwelt als auch in der Industrie schnell einen guten Ruf als Hersteller medizinisch-therapeutischer Geräte. Dr. Felix Müller dachte aber auch an den privaten Verbraucher und stellte 1956 das erste Besonnungsgerät für den Hausgebrauch vor: Die "Original Dr. Müller Heimsonne".

In den 60er Jahren umfaßte die Produktpalette der Quarzlampenfabrik Infrarot- und UV-Geräte zur Wärmetherapie, zur Behandlung bestimmter Dermatosen wie Psoriasis sowie für die kosmetische Anwendung, spezielle Hochdruckröhren für industrielle Kopiergeräte, UV-Strahler zur Wasserentkeimung und Luftreinigung sowie zur Desinfektion chirurgischer Instrumente.

1976 stellte das Unternehmen die erste kommerzielle Besonnungsanlage vor, bald darauf folgten, ebenfalls erstmalig, Hochdruck-Anlagen für die Ganzkörperbesonnung. Bis heute bietet die Quarzlampenfabrik neben bis zur Perfektion entwickelten Hochleistungsbesonnungsanlagen weiterhin auch medizinisch-therapeutische Geräte an und arbeitet dabei u. a. mit den großen Krankenkassen zusammen. Ein weiterer etablierter Produktionsbereich ist die Umwelttechnologie mit der Herstellung spezieller Strahler zur Wasser- und Luftreinigung.

QDM – das bedeutet fast 70 Jahre Erfahrung in allen Bereichen der UV-Strahlentechnologie – weltweit.

### Original Dr. Müller™

En 1926, luego de sus estudios en física, química y el uso de la luz para ayudar a curar trastornos en la piel humana, un joven científico, el Dr. Felix Müller, comenzó a dirigir su propia investigación en el campo de la terapia con luz. Fundó Quarzlampenfabrik Dr. Müller en Essen, Alemania, ese mismo año. Así nació la revo-



1949
250W





1950's
500W

1960's
IR-UVA



1950-70
SOLETTE

1960's
1,000W



1976
2,000W

4

lucionaria compañía Dr. Müller.

El Dr. Müller empezó a desarrollar dispositivos técnicos que aplicaban las últimas teorías y prácticas a los poderes curativos de la luz. Con un equipo de pocos miembros pero bien capacitado, el Dr. Müller fabricó lámparas infrarrojas altamente avanzadas y dispositivos ultravioletas para uso médico y terapéutico.

Antes de finalizar la década del '30, cuando los mineros de carbón padecían dolencias físicas y psicológicas por falta de luz solar, el Dr. Müller fue pionero en crear una tecnología especial con luz de cuarzo para ayudarlos. Sus paneles solares infrarrojos y ultravioletas les dieron la dosis diaria de luz y calor que necesitaban. Pronto los paneles del Dr. Müller fueron colocados en las minas de toda Europa.

Desde su diminuto taller surgió un constante flujo de equipos ultravioletas médicos y terapéuticos que atrajeron la atención de médicos, empresas y otras figuras claves en la creciente industrialización europea. En 1956, el Dr. Müller presentó el primer solarium de helioterapia para uso doméstico del mundo.

Antes de iniciarse la década del '60, el Dr. Müller había desarrollado dispositivos para terapia con calor infrarrojo, unidades de bronceado para tratar acné, psoriasis y aplicaciones cosméticas, lámparas para copiadoras a alta presión y lámparas de cuarzo UV-HID para desinfectar el agua,

purificar el aire y esterilizar instrumentos quirúrgicos. La primera unidad de bronceado realmente comercial debutó en 1976, seguida de sistemas de alta presión, para todo el cuerpo. Las unidades QDM para terapia con luz y los productos médicos QDM ahora producen los beneficios de la helioterapia a millones de personas por año.

Hoy QDM es un líder indiscutido en la fabricación de sistemas de bronceado de alta calidad, lámparas de HID/cuarzo y productos UV para uso cosmético, médico y terapéutico en todo el mundo.

### Le Véritable Docteur Müller™

C'est en 1926, après avoir étudié la physique, la chimie et l'usage de la lumière pour traiter les maladies de la peau humaine, qu'un jeune scientifique, appelé Dr. Felix Müller, entreprit ses propres recherches dans le domaine de l'héliothérapie. Cette même année, il fonda la Quartzlampenfabrik Dr. Müller à Essen, et c'est ainsi que la société révolutionnaire du Dr. Müller vit le jour.

Le Dr. Müller commença à mettre au point des appareils techniques qui appliquaient les théories et pratiques les plus récentes du domaine de la thérapie par la lumière. Assisté par une équipe réduite mais bien formée, le Dr. Müller fabriquait des lampes à infra-rouges et dispositifs à ultra-violets hautement évolués, destinés à l'usage cosmétique et médical.

Vers la fin des années 30, alors que les mineurs de charbon présentaient des troubles physiques et psychologiques causés par le manque de lumière solaire, le Dr. Müller présenta une technologie de lampes à quartz spécialement destinée à leur venir en aide. Ses panneaux solaires à infra-rouges et ultra-violets leur apportaient la dose quotidienne de lumière et de chaleur dont ils avaient besoin. Bientôt, les panneaux solaires du Dr. Müller firent leur apparition dans les mines de toute l'Europe.

Son minuscule atelier produisit un flot continu d'équipements ultra-violets cosmétiques et médicaux qui attira l'attention des médecins, corporations et autres intéressés du secteur industriel européen en pleine expansion. En 1956, le Dr. Müller présenta le premier solarium pour héliothérapie à usage privé.

Dans le courant des années 60, le Dr. Müller avait développé des appareils de traitement aux infra-rouges, des systèmes àultra-violets pour le traitement de l'acné, du psoriasis et les applications cosmétiques, des lampes à haute pression pour photocopieuses et les lampes à quartz UV-DHI pour la purification de l'air et de l'eau et la stérilisation d'instruments chirurgicaux.

Le premier véritable appareil de bronzage intérieur commercial fit ses débuts en 1976 et fut suivi par des systèmes pour bronzage intégral à haute pression. Des millions de personnes bénéficient maintenant des appareils d'héliothérapie et des produits médicaux de QDM.

Aujourd'hui, QDM est un leader incontesté de la fabrication de systèmes de bronzage de haute qualité, de lampes à quartz DHI et d'appareils UV à usage cosmétique, thérapeutique et médical.



**1994**
ORBIT VHP™
11,000W



**1990**
MAGNA 3/44 VHO
9,000W



**1981**
SUPER JT
2,900W



**1977**
2,000W



**1978**
SPEED
3,000W



**1976**
GIANT SUN
HIGH PRESSURE
18,000W



## Worldwide Experience

QDM offers industry veterans with years of experience. By merging proven sales and marketing with quality products, customers are assured of long-term profits and growth. Dr. Alexander Müller, Dr. Stefan Surbach & Chief Engineer Josef Pirkl share equal responsibilities as the Board of Directors.

North American operations are managed by Leif Vasström & Ellen Reich, with South America managed by Mike Bartak. Vasström is an 18-year industry veteran that pioneered the first U.S. tanning salons in the 1980s and is widely acclaimed for establishing successful operations worldwide. Reich has 14 years experience and is a recognized authority in salon management and retailing.

Mike Bartak has nearly 15 years experience in salon systems & management and is largely credited with establishing the indoor tanning industry in South America.

With experience in tanning systems and retail management, this team is ready to help customers perfect their operations and maximize profits. QDM regional offices are also staffed by skilled indoor tanning experts to meet all special needs.

With the experience based on installing thousands of tanning systems and tanning centers worldwide for nearly 20 years, successful operators know that QDM is their best choice for indoor tanning and profits.

## Weltweite Erfahrung

QDM bietet Ihnen nicht nur erstklassige Besonnungsanlagen an, sondern auch die Erfahrung und das Know-How langjähriger Branchenkenner gleich dazu.

Die Geschäftsführung der Quarzlampenfabrik liegt in den Händen von Alexander Müller, Josef Pirkl und Stefan Surbach. Alle drei sind dem Unternehmen und seiner Tradition seit langem verbunden und führen seit dem Tod des Firmengründers das Unternehmen gemeinsam fort.

Der Vertrieb der QDM Produkte in Deutschland und im europäischen Ausland geschieht direkt ab Werk oder über Fachhändler. Ein enges Vertriebsnetz garantiert, daß Sie auch in Ihrer Nähe einen Besonnungsspezialisten finden, der Sie individuell berät.

Eine besondere, exklusive Vertriebspartnerschaft verbindet die Quarzlampenfabrik Dr. Müller mit den Verkaufszentren in Nord- und Südamerika, die unter der Leitung von Leif Vasström und Ellen Reich (San Francisco) und Mike Bartak (Buenos Aires) stehen.

Während Leif Vasström in den 80er Jahren die ersten Besonnungsstudios in den USA einführte, ist Mike Bartak weitgehend verantwortlich für die Etablierung der Besonnungsindustrie in Südamerika. Beide besitzen eine fast 20-jährige Erfahrung im Verkauf von Solarien sowie der Einrichtung und dem Betrieb von Studios. Studiomanagement, Marketing und Verkauf sind auch die Domäne von Ellen Reich, die ebenfalls auf eine lange Erfahrung im Besonnungsgeschäft zurückblicken kann.

Die Kombination aus qualitativ hochwertigen Produkten und nachgewiesenem Know-How in allen Belangen der Branche garantiert, daß Sie ein optimales, auf Ihre Bedürfnisse zugeschnittenes Investitionsprogramm für Ihr Studio erhalten – und damit maximale Ertragsraten. Erfolgreiche Studiobetreiber wissen, daß QDM die beste Wahl im Besonnungsgeschäft ist. Bei uns gibt es eben etwas mehr als nur eine professionelle Studiolinie – und das kostenlos.



## Experiencia Mundial

QDM emplea los expertos de la industria con más años de experiencia. Al fusionar ventas y marketing con productos de calidad comprobada, se les asegura a los clientes ganancias y crecimiento a largo plazo. El Directorio incluye al Dr. Alexander Müller, al Dr. Stefan Surbach y al Jefe de Ingenieros Josef Pirkl. QDM Sudamérica es administrada por Miguel Bartak. Leif Vasstrom es un experto con 18 años en el sector. Fue pionero con los primeros centros de bronceado en los EE.UU. durante la década del 80 y es reconocido por establecer operaciones exitosas en todo el mundo desde entonces. Ellen Reich tiene 14 años de experiencia en sistemas y administración de solariums. Miguel Bartak, con casi quince años de experiencia en management, es quien promovió el establecimiento de la industria del bronceado en interiores en Sudamérica.

Con experiencia en sistemas de bronceado y administración de negocios en el área de servicios, este equipo está dispuesto a ayudar a los clientes a perfeccionar sus operaciones y maximizar ganancias. Las oficinas regionales de QDM también tienen como personal, expertos capacitados en bronceado de interiores para satisfacer todas sus inquietudes.

Los operadores exitosos saben que QDM es la mejor opción para lograr ganancias con bronceado en interiores, debido a la experiencia obtenida por QDM basada en la instalación de miles de sistemas de bronceado y solariums en todo el mundo por casi veinte años.



## Une Expérience à l'échelle Mondiale

QDM dispose de spécialistes possédant des années d'expérience.

Depuis la mort du Dr. Ing. Felix Müller, la société est dirigée par Alexander Muller, Josef Pirkl et Stefan Surbach. Les trois associés se partagent également les responsabilités de gestion de l'entreprise.

Les principaux centres de distribution d'Amérique du Nord sont placés sous la direction de Leif Vasstrom et Ellen Reich et ceux d'Amérique du Sud, par Mike Bartak. M. Vasstrom lança les premiers salons de bronzage aux États-Unis dans les années 80, et M. Bartak est le responsable de l'introduction de l'industrie du bronzage intérieur en Amérique du Sud.

Mme Reich est aussi une autorité reconnue dans le secteur de la gestion de salons de bronzage et de ventes au détail.

Grâce à son expérience en matière de systèmes de bronzage et de gestion de détail, cette équipe est prête à aider les clients à perfectionner leurs entreprises et à maximiser leurs profits. Les bureaux régionaux de QDM emploient également des experts chevronnés, capables de répondre à tous les besoins particuliers.

Avec une expérience fondée sur l'installation des centaines de systèmes et centres de bronzage, les exploitants savent qu'ils peuvent attribuer leur réussite à QDM, le meilleur choix pour les produits de bronzage intérieur.


Alexander Müller


Josef Pirkl


Stefan Surbach


Michael Bartak


Ellen Reich


Leif Vasström