UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,
                    Plaintiffs


          v.
                                   Civil Action
                                   No. 303 CV 874 (MRK)

                                   At New Haven

COSMEDICO LIGHT, INC.,
                    Defendant      October 18, 2004


**PLAINTIFFS, LIGHT SOURCES, INC.'S AND
TAN SYSTEMS, INC.'S JOINT MOTION TO UNSEAL DOCUMENTS
ATTACHED TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANT, COSMEDICO LIGHT, INC.'S
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [DOC 81]**

Pursuant to the Court's Protective Order dated

December 18, 2003 [Doc 31], Plaintiffs hereby move to

unseal certain documents attached to Plaintiffs' Memorandum

In Opposition To Defendant's Motion To File Documents Under

Seal, viz. Defendant's Exhibits 4 and 12 of Document [Doc

70].

The grounds for the Motion are:

1.  At least two (2) of the documents Defendant,

Cosmedico, has designated as confidential are public

documents, widely circulated to the tanning industry and

not generated by Cosmedico.  These are attached Plaintiffs'

**ORAL HEARING
REQUESTED**

1

Exhibit 3 and Exhibit 4.

2.  Another two (2) exhibits, viz. Exhibits 7 and 8, Cosmedico has designated as confidential subject to the Protective Order [Doc 31] are letters directed to Plaintiff, Light Sources', and Plaintiff, Tan Systems', alleging infringement of Cosmedico's alleged VHR mark. Neither Light Sources nor Tan Systems is under any obligation to Cosmedico for maintaining said letters, Exhibits 7 and 8, confidential.

3.  Plaintiffs' Exhibits 2 and 5 comprise portions of Mr. Frank's, Cosmedico's President, testimony on deposition, which Cosmedico asserts are directed to confidential information, are essential in rebutting Cosmedico's Motion For Leave To File Defendant's Exhibit 4 under seal, be it in open court and/or on motion.

4.  Plaintiffs' Exhibit 1 is a copy of Cosmedico's Supply or Purchase Agreement which Cosmedico is characterizing as a trademark license agreement, which is essential in rebutting Cosmedico's characterization of said agreement, and which Cosmedico has designated to be highly confidential.

### MEMORANDUM

None of Cosmedico's attached documents, Plaintiffs' Exhibits 1, 2, 3, 4, 5, 7 and 8 relate to any trade secret

and/or any proprietary information that is not generally known.

On August 23, 2004, Plaintiffs filed a Motion to Unseal Defendant's designated confidential documents and/or in the alternative, to vacate said protective order. Plaintiffs herein incorporate by reference their Motion to Vacate said Protective Order [Doc 57].

## C O N C L U S I O N

For the reasons herein stated, it is requested that this Motion be granted.

Respectfully submitted,

_____
Arthur T. Fattibene, CT06916
Counsel for Plaintiff
Fattibene and Fattibene
2480 Post Road
Southport, CT 06890
Tel:  203-255-4400
Fax:  203-259-0033