# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

APPEARANCE

Aug 24   4 19 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

CASE NUMBER: 3:03-CV-874(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Light Source, Inc., Tan Systems, Inc.   Plaintiff

v.

Cosmedico Light, Inc.   Defendant

Date: August 16, 2004

Signature: /s/ Cynthia L. Counts

Connecticut Federal Bar Number: CT26066

Print Clearly or Type Name: Cynthia L. Counts

Telephone Number: 404-876-1785

Address: 1384 Lanier Place NE

Fax Number: 404-249-9897

Atlanta, GA 30306

E-mail address: ccounts@lawcounts.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Dale Malone
Banner & Witcoff, LTD.
28 State Street, 28th Floor
Boston, Massachusetts 02109

Art Fattibene
Fattibene & Fattibene
2480 Post Rd.
Southport, Connecticut 06890

Signature: /s/ Cynthia Counts

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24