UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIGHT SOURCES, INC., | : | |
| and TAN SYSTEMS, INC., | : | |
| | : | |
| Plaintiffs, | : | NO. 3:03CV874(MRK) |
| v. | : | |
| | : | |
| COSMEDICO LIGHT, INC., | : | |
| | : | |
| Defendant. | : | |

**SUPPLEMENTAL ORDER**

In light of Plaintiffs' counsel's representations to the Court regarding the Court's Ruling and Order of December 20, 2004 [doc. #97] on the sealing and unsealing of certain documents in this case, the Court orders as follows:

1. The Clerk of the Court is hereby ordered to unseal Plaintiffs' Memorandum in Opposition to Defendant's Motion for Partial Summary Judgment [doc. #71].

2. The Clerk of the Court is hereby ordered to seal Plaintiffs' Reply Appendix [doc. #76] because it contains portions of Exhibit 4 of Defendant's Local Rule 56(a)(2) Statement [doc. #70], which is currently under seal pending resolution of this issue at Oral Argument on January 27, 2005. Plaintiffs are hereby ordered to file **by no later than January 14, 2005** a redacted public version of their Reply Appendix, with only the sealed portions of Exhibit 4 of Defendant's Local Rule 56(a)(2) Statement redacted.

The sealing or unsealing of portions of Exhibits 4 and 12 of Defendant's Local Rule 56(a)(2) Statement (which are found in the now sealed Document Numbers 70, 76, and 94) will

-1-

be discussed at Oral Argument on January 27, 2005, along with the other issues outlined in the Court's Ruling and Order of December 20, 2004 [doc. #97].

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: December 30, 2004.**