UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,
                    Plaintiffs


             v.
                                        Civil Action
                                        No. 303 CV 874 (MRK)


                                        At New Haven

COSMEDICO LIGHT, INC.,
                    Defendant           January 7, 2005



**PLAINTIFFS' COMPLIANCE WITH COURT'S ORDER
OF DECEMBER 17, 2004 AND SUPPLEMENTAL ORDER
OF DECEMBER 30, 2004
And
NOTICE OF MANUAL FILINGS OF PLAINTIFFS' APPENDIX
DOCS. 61, 72, AND REDACTED PUBLIC VERSION OF
PLAINTIFFS' DOCS. 76 AND 78**


**I.**  Pursuant to the Court's Order of December 17, 2004 and

Supplemental Order of December 30, 2004, Light Sources,

Inc. and Tan Systems, Inc. are submitting herein the

following Plaintiffs documents, which have been unsealed,

in pdf format.

**Doc. 59**   Plaintiffs' Memorandum in Support of Motion for

         Partial Summary Judgment Relating To Defendant's,

         Cosmedico Lights, Inc.'s Counterclaims I, II, IV

         and V of Its Answer and Counterclaim To

1

Plaintiffs' Second Amended Complaint and Count I
of said Second Amended Complaint.

Doc. 60     Local Rule 56(a)(1) Statement in Support of
            Plaintiffs, Light Sources, Inc. and Tan Systems,
            Inc., Motion for Partial Summary Judgment As To
            Defendant, Cosmedico Light, Inc.'s Counterclaims
            I, II, IV and V of its Answer and Counterclaim to
            Plaintiffs' Second Amended Complaint.

Doc. 71     Plaintiffs, Light Sources, Inc. and Tan Systems,
            Inc., Memorandum In Opposition To Defendant's,
            Cosmedico Light, Inc.'s, Renewed Motion For
            Partial Summary Judgment As To Counts I, II and V
            of the Second Amended Complaint.

Doc. 72     Plaintiffs' Local Rule 56(a)(2) Statement In
            Opposition To Defendant, Cosmedico Light, Inc.s,
            Renewed Motion For Partial Summary Judgment As To
            Counts I, II and V of the Second Amended
            Complaint.

Doc. 77     Plaintiffs' Joint Reply Memorandum To Defendant's
            Memorandum In Opposition To Plaintiffs' Joint

Motion For Partial Summary Judgment.


**Doc. 79**    Plaintiffs, Light Sources, Inc. and Tan Systems,

Inc., Joint Memorandum In Opposition To

Defendant's, Cosmedico Light, Inc.'s, Cross

Motion To Strike Plaintiffs' Motion to Vacate.

**II.   PLAINTIFF'S UNSEALED DOCUMENTS 61, 73 AND REDACTED PUBLIC VERSION OF PLAINTIFFS' DOCS. 76 AND 78 ARE REQUESTED TO BE MANUALLY FILED IN  PAPER FORMAT.**

**Doc. 61:**  It is requested that Doc. #61, Plaintiffs, Light

Sources, Inc. and Tan Systems, Inc., Appendix To

Plaintiffs' Memorandum in Support of Their Motion for

Partial Summary Judgment, as filed, which has now been

unsealed, be accepted in its paper format as filed for

reasons of its voluminous contents, which would be

impractical to put in pdf format.


**Doc. 73:**  It is requested that Plaintiffs' Doc. #73,

Appendix To Plaintiffs, Light Sources, Inc. and Tan

Systems, Inc., Memorandum in Opposition to Defendant's,

Cosmedico Light, Inc.'s, Renewed Motion For Summary

Judgment, and now unsealed by the Court's Order of December

17, 2004, be accepted in its paper format, as filed.  This

request is being made due to the voluminous nature and

content of the Appendix, Doc. #73.

**Doc. 76:**  A redacted public version of Plaintiffs' Reply Appendix, Doc. #76, is being filed herein in paper format pursuant to the Court's Supplemental Order of December 30, 2004.

It is requested that because of the voluminous nature of Plaintiffs' Reply Appendix, Doc. #76, that the Court will permit Plaintiffs' to file said public redacted version of Doc. #76 in its paper format.

**III.  AS TO DOC. #78**

Subsequent to the receipt of the Court's Supplemental Order dated December 30, 2004, Plaintiffs discovered that Plaintiffs' Doc. #78, which the Court unsealed pursuant to the Court's Order of December 17, 2004, also contains, like Doc. #76, portions of Defendant's Exhibit 4, which Defendant requested be sealed pending the Court's hearing on January 27, 2005.  As a result thereof, Plaintiffs are submitting herein sui sponte, a redacted public version of Doc. #78-Reply Appendix to Plaintiffs' Joint Reply Memorandum To Defendant's Memorandum In Opposition To Plaintiffs' Joint Motion For Partial Summary Judgment, in order to comply with the spirit of the Court's Supplemental Order of December 30, 2004.

It is requested that Plaintiffs' redacted public version of Doc. #78, Reply Appendix, be accepted in its paper format as attached hereto.


                              Respectfully submitted,


                              _____
                              Arthur T. Fattibene, CT06916
                              Counsel for Plaintiff
                              Fattibene and Fattibene
                              2480 Post Road
                              Southport, CT 06890
                              Tel:  203-255-4400
                              Fax:  203-259-0033