## TABLE OF CONTENTS

                                                        **Page No.**

NATURE OF PROCEEDING     1

STATEMENT OF FACTS     1

A R G U M E N T     7

I.    DEFENDANT'S RESPONSES TO PLAINTIFFS' PROPOUNDED INTERROGATORIES AND REQUESTS FOR PRODUCTION ARE NON-RESPONSIVE.     7

    A.    Cosmedico's Responses to Plaintiffs' Propounded Interrogatories Are Insufficient and Non-Responsive.     7

    B.    Cosmedico's Responses To Plaintiffs' Requests For Production of Documents and Things Are Insufficient.     10

II.    PLAINTIFFS SHOULD BE ENTITLED TO CONTINUE THE ADJOURNED DEPOSITION OF COSMEDICO BY ITS DESIGNATED DEPONENT, MR. JERRY FRANK.     17

III.    PLAINTIFFS SHOULD BE PERMITTED TO SECURE THE DEPOSITION OF OSRAM SYLVANIA.     22

C O N C L U S I O N     24

**TABLE OF AUTHORITIES**

**Page No.**

**Table of Cases**

Anderson v. Marion County Sheriff's Dept.
    220 FRD 555, 563 (SD Ind 2004)                         16


**Rules**

Federal Rules of Civil Procedure

    Rule 11(b)                                             21
    Rule 26(b)(5)                                   4, 15, 16
    Rule 33(d)                                     2, 3, 8, 10
    Rule 34                                                11