UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., <br> and TAN SYSTEMS, INC., <br> Plaintiffs, | CIVIL ACTION NO.: <br> 3:03-CV-874 (MRK) |
| v. | |
| COSMEDICO LIGHT, INC., <br> Defendant | |
| COSMEDICO LIGHT, INC., <br> Counterclaimant | |
| v. | |
| TAN SYSTEMS, INC., <br> and LIGHT SOURCES, INC., <br> Counterdefendants, | FEBRUARY 4, 2005 |

## COSMEDICO'S MOTION FOR LEAVE
## TO FILE DOCUMENTS ELECTRONICALLY

Pursuant to the Local Rules and Policies and Procedure of the Court, the defendant, Cosmedico Light, Inc., hereby requests leave to file documents electronically in this case. As grounds for the motion, Cosmedico submits that:

1.  Electronic filing will permit Cosmedico's lead counsel, located out of state, to file documents with the Court faster and more efficiently;

2.  Electronic filing will reduce the burden on the clerk's office of processing filings submitted in paper format;

3.  Electronic filing will permit instantaneous service of filed documents to all counsel of record; and

4.  All counsel of record in this action are believed to be registered with the Court for the receipt of electronically filed documents.

For the foregoing reasons, Cosmedico respectfully requests entry of an Order permitting electronic filing of documents in this action.

Dated: February 4, 2005

Respectfully submitted,
Cosmedico Light, Inc.,
by its Attorneys,

JAMES W. OLIVER
Federal Bar No.: ct02510
Berman and Sable
100 Pearl Street, 10th Floor
Hartford, CT 06103
Tel:    (860) 527-9699
Fax:    (860) 527-9077

DALE A. MALONE
Federal Bar No.: ct25020
Banner & Witcoff, Ltd.
28 State Street
Boston, Massachusetts 02109
Tel:    (617) 720-9600
Fax:    (617) 720-9601

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing document was served by mail, first class postage prepaid, on this __4_th day of February, 2005 to all counsel of record as follows:

Arthur T. Fattibene, Esq.
Paul A. Fattibene, Esq.
2480 Post Road
Southport, CT  06490

Cynthia L. Counts, Esq.
Counts & Associates
1384 Lanier Place
Atlanta, Georgia 30306

_____
Dale A. Malone