UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,
        Plaintiffs

      v.                Civil Action
                          No. 303 CV 874 (MRK)

                          At New Haven
COSMEDICO LIGHT, INC.,
        Defendant      April 25, 2005

**PLAINTIFFS', LIGHT SOURCES, INC. AND
TAN SYSTEMS, INC., MOTION TO FILE SUR-REPLY
MEMORANDUM TO DEFENDANT, COSMEDICO LIGHT, INC.'S
REPLY MEMORANDUM IN SUPPORT OF COSMEDICO'S
MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 5, Fed.R.Civ.P., Plaintiffs hereby move the Court for permission to file a Sur-Reply Memorandum in response to Defendant's Reply Memorandum in support of Defendant's Motion For Protective Order.

A copy of Plaintiffs' Sur-Reply Memorandum is attached hereto.

Plaintiffs' Sur-Reply Memorandum is necessitated in the interest of justice:

1. To rectify Defendant's factual exaggerations, deliberate misstatements of facts and/or intentioned obfuscation of the facts; and

1

    2.  To rebut Defendant's Request for leave to apply for costs first raised in its Reply Memorandum.

                                          Respectfully submitted,

                                          _____
                                          Arthur T. Fattibene, CT06916
                                          Counsel for Plaintiff
                                          Fattibene and Fattibene
                                          2480 Post Road
                                          Southport, CT 06890
                                          Tel:  203-255-4400
                                          Fax:  203-259-0033