## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIGHT SOURCES, INC.,<br>and TAN SYSTEMS, INC.,<br>    Plaintiffs, | : <br> : <br> : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO.:<br>3:03-CV-874 (MRK) |
| COSMEDICO LIGHT, INC.,<br>    Defendant | : <br> : <br> : <br> : |
| COSMEDICO LIGHT, INC.,<br>    Counterclaimant | : <br> : <br> : |
| v. | : <br> : |
| TAN SYSTEMS, INC.,<br>and LIGHT SOURCES, INC.,<br>    Counterdefendants, | : <br> : <br> : <br> : |

## PROTECTIVE ORDER
## REGARDING THIRD PARTY DISCOVERY

The defendant, Cosmedico Light, Inc., having moved for a protective order to govern the conduct of third party discovery in this action, and the submissions and arguments of the parties having been heard and considered, the Court hereby Orders as follows:

1.    Any party to this action seeking to take discovery of any third party pursuant to subpoena shall provide notice to all other parties to this action at or about the

time of issuance of the subpoena.    Third party depositions to be taken pursuant to subpoena shall be preceded by service of a notice of deposition in accordance with Fed. R. Civ. P. 30(b)(1), also to be served at or about the time of issuance of the subpoena.

2.    In the event that a third party deposition scheduled pursuant to a subpoena is postponed and subsequently rescheduled, the party seeking the third party discovery shall promptly prepare and serve an amended notice of deposition identifying the rescheduled time and place of the deposition.  The parties are encouraged to cooperate in the negotiation of third party depositions and other discovery events in order to minimize any burden and inconvenience to the third party.

3.    With regard to subpoenaes *duces tecum* seeking production of documents from a third party, the party requesting the discovery shall promptly notify the other parties of the date and place at which the requested documents will be produced for inspection, regardless of whether the date is the date specified in the subpoena or a different date agreed between the requesting party and the third party.  In the event that a third party agrees to provide copies of requested documents in lieu of an inspection, the requesting party shall either arrange for copies to be provided to all parties concurrently, or shall make such received materials available for copying by other parties to this action in a prompt manner.

4.    Plaintiffs shall not proceed with the deposition of third party Osram Sylvania pursuant to the subpoena dated July 13, 2004, unless and until such time as they provide reasonable prior notice, by an amended notice of deposition, to Cosmedico of the

2

time and place of the planned deposition.

SO ORDERED, this 29 th day of April , 2005.

/s/_____Mark R. Kravitz_____

United States District Judge