# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC. and | CIVIL ACTION 3:03 CV 874 (MRK) |
| TAN SYSTEMS, INC. | |
|     Plaintiffs | |
| | |
| v. | AT NEW HAVEN |
| | |
| COSMEDICO LIGHT, | MAY 2, 2005 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of the undersigned as counsel in this case for Light Sources, Inc.

    Dated at New Haven, Connecticut this 2nd day of May, 2005.

                                BY:_____
                                  Hugh F. Keefe
                                  Lynch, Traub, Keefe, & Errante, P.C.
                                  52 Trumbull Street
                                  New Haven, CT 06511
                                  ct 05106
                                  203-787-0274
                                  203-782-0278 (fax)
                                  hkeefe@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.    ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\17000-17499\17168 LIGHT SOURCES\043 LSI V. COSMEDICO - HFK\APPEARANCE - FEDERAL.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on May 2, 2005 to all counsel and pro se parties of record as follows:

Dale A. Malone, Esq.        fax 617-720-9601
Banner & Witcoff, Ltd
28 State St.
Boston, MA 02109

James Oliver, Esq.          fax 860-527-9077
Berman and Sable
One Financial Plaza
Hartford, CT 06103

Arthur T. Fattibene, Esq.   fax 203-259-0033
2480 Post Rd.
Southport, CT 06890

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\17000-17499\17168 LIGHT SOURCES\043 LSI V. COSMEDICO - HFK\APPEARANCE - FEDERAL.DOC