UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC. and | CIVIL ACTION 303 CV 874 (MRK) |
| TAN SYSTEMS, INC. | |
|     Plaintiffs | |
| | |
| v. | AT NEW HAVEN |
| | |
| COSMEDICO LIGHT, | MAY 2, 2005 |

### MOTION FOR PROTECTIVE ORDER

The undersigned has just filed an appearance in this matter for Light Sources, Inc. David A. Malone, attorney for the defendant, has served a subpoena on David N. Myers for a deposition in Cleveland, Ohio on May 6, 2005 at 9:30 a.m. The undersigned is filing this motion for a protective order to continue the deposition of David N. Myers to June 9, 2005 or June 10, 2005 or to a mutually convenient date thereafter and cites the following in support of this motion.

    1.    The undersigned has just been retained to appear in this matter and needs adequate time to familiarize himself with the case before he can adequately represent his client.

    2.    The undersigned is on trial in Federal Court in Hartford in the case of Doe v. East Haven for at least the week of May 2 and will not be able to address this case until the trial is concluded.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\17000-17499\17168 LIGHT SOURCES\043 LSI V. COSMEDICO - HFK\MOTION FOR PROTECTIVE ORDER.DOC

3. That the undersigned is scheduled to commence another trial in New Haven Superior Court in early June.

4. That the undersigned requested that defendant's counsel consent to a continuance of the deposition to June 6, June 7 or later but defendant's counsel was unwilling to continue the case for more than a couple of weeks.

5. That the subpoena contains a request for the production of voluminous material by the deponent and the undersigned will have to become familiar with the relationship of the requested materials to the case as well as the facts and circumstances of the case before he can participate in this deposition in a meaningful manner.

Accordingly, the movant seeks an order, pursuant to Rule 26(c) that the deposition of David N. Myers not be held until June 9, 2005, June 10, 2005 or at a mutually convenient time after those dates.

THE MOVANT

BY:_____
Hugh F. Keefe, Esq.  ct 05106
Lynch, Traub, Keefe & Errante
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506
203-787-0275
203-782-0278 (fax)
hkeefe@ltke.com

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\17000-17499\17168 LIGHT SOURCES\043 LSI V. COSMEDICO - HFK\MOTION FOR PROTECTIVE ORDER.DOC

## CERTIFICATION

Pursuant to the requirements of Rule 26(c), the undersigned certifies that a good faith effort has been made to resolve this matter by discussions with opposing counsel and that the parties have been unable to reach a resolution.

_____
Hugh F. Keefe, Esq.

This is to certify that a copy of the foregoing was mailed on May 2, 2005 to all counsel and pro se parties of record as follows:

Dale A. Malone, Esq.
Banner & Witcoff, Ltd
28 State St.
Boston, MA 02109

James Oliver, Esq.
Berman and Sable
One Financial Plaza
Hartford, CT 06103

Arthur T. Fattibene, Esq.
2480 Post Rd.
Southport, CT 06890

_____
Hugh F. Keefe, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\17000-17499\17168 LIGHT SOURCES\043 LSI V. COSMEDICO - HFK\MOTION FOR PROTECTIVE ORDER.DOC