UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIGHT SOURCES, INC., <br> and TAN SYSTEMS, INC., | : <br> : <br> : | |
| Plaintiffs, | : <br> : | NO. 3:03CV874(MRK) |
| v. | : <br> : | |
| COSMEDICO LIGHT, INC., | : <br> : | |
| Defendant. | : | |

## ORDER

Currently pending before the Court is Plaintiffs' Motion for Protective Order [doc. #122] pertaining to the rescheduling of a deposition of Mr. David N. Myers, originally scheduled for May 6, 2005 at 9:30 a.m. in Cleveland, Ohio. This Court held an on-the-record telephonic status conference on May 4, 2005 for the expressed purpose of resolving any lingering discovery disputes between the parties. Neither party raised any issues regarding the rescheduling of Mr. Myers' deposition during this telephonic conference. In light of this fact, the Court hereby DENIES AS MOOT Plaintiffs' Motion for Protective Order [doc. #122].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: May 27, 2005.**