```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,
                Plaintiffs

          v.
                                    Civil Action
                                    No. 303 CV 874 (MRK)

                                    At New Haven
COSMEDICO LIGHT, INC.,
                Defendant           June 29, 2005
```

**PLAINTIFFS', LIGHT SOURCES, INC. AND
TAN SYSTEMS, INC., MOTION TO COMPEL**

Pursuant to Rule 37, Fed.R.Civ.P., and the Court's Ruling and Order dated March 4, 2005 granting Plaintiffs' Motion to Compel and Complete Discovery, Plaintiffs hereby move to compel Defendant Cosmedico to produce those items and things requested in paragraphs (b), (c), (d) and (g) in Plaintiffs' Amended Renewed rule 30(b)(6) Notice of Deposition served on Cosmedico on June 13, 2005, scheduling a deposition for June 20, 2005, a copy of which is attached to Plaintiffs' addendum (A-21-30)[1] to their supporting Memorandum.

**ORAL HEARING REQUESTED**

---

[1] (A- ) refers to the Addendum attached to Plaintiffs' Joint Memorandum In Support of this Motion To Compel, followed by page number.

1

On June 14, 2005, Cosmedico objected to Plaintiffs' requests in a letter which is attached in the Addendum (A-31-32) to Plaintiffs' supporting Memorandum.

The documents and things requested in paragraphs (b), (c), (d) and (g) are directed to relevant and discoverable information directed to admissible evidence for use at trial to support Plaintiffs' claims and defenses.  The information and evidence requested is solely within the possession and control of Cosmedico and is otherwise unavailable to Plaintiffs.

Mr. Frank, Cosmedico's designated deponent, did not produce any of the documents requested in said Amended Renewed Notice of Deposition at the deposition which was conducted on June 20, 2005, nor was Mr. Frank prepared to testify with respect to Topic 11.

## CERTIFICATION

The undersigned counsel hereby certifies that on Wednesday, June 15, 2005, the undersigned counsel had a face to face meeting with Cosmedico's counsel, Dale Malone, at which time inquiry was made as to whether or not Cosmedico would withdraw its letter objections to the topics and requests to produce the documents and things specified in paragraphs (a) to (g) in the Amended Renewed

2

Deposition notice attached in the supporting Addendum (A-21-30). Cosmedico's counsel refused to withdraw Cosmedico's objection. As a result, no agreement was reached.

The dispute as to the request of paragraph (a) was subsequently rendered moot as Cosmedico did permit Plaintiffs to inspect the available lamp samples which were the subject of paragraph (a) of said notice upon the adjournment of the June 20th deposition.

The dispute as to paragraphs (e) and (f) has been mooted, as deponent Mr. Frank effectively testified to the effect that Cosmedico has not granted or is party to any licenses requested by paragraphs (e) and (f).

Therefore, this Motion is necessitated as to Topic No. 11 (a) to (f) and the requests for production (b), (c), (d) and (g) as set forth in said Amended Renewed Notice (A-21-30).

                          Respectfully submitted,

                          _____
                          Arthur T. Fattibene, CT06916
                          Counsel for Plaintiff
                          Fattibene and Fattibene
                          2480 Post Road
                          Southport, CT 06890
                          Tel: 203-255-4400
                          Fax: 203-259-0033