```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT


LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,
              Plaintiffs


         v.
                              Civil Action
                              No. 303 CV 874 (MRK)

                              At New Haven
COSMEDICO LIGHT, INC.,
              Defendant       June 29, 2005
```

## ADDENDUM TO
## PLAINTIFFS', LIGHT SOURCES, INC. AND
## TAN SYSTEMS, INC., MEMORANDUM IN SUPPORT OF
## ITS MOTION TO COMPEL
## DATED JUNE 29, 2005

```
                              Arthur T. Fattibene
                              Paul A. Fattibene
                              Fattibene & Fattibene
                              2480 Post Road
                              Southport, CT 06890-1218
```

**Addendum Table of Contents**

                                                                                 **Page No.**

Plaintiffs' Rule 30(b)(6) Notice of
    Deposition (dated May 23, 2005)
    To Cosmedico Light, Inc. Pursuant
    To Court's Order and Ruling of
    March 4, 2005                                                 A-1 - 8

Defendant, Cosmedico's, Letter dated
    May 24, 2005, objecting to
    Plaintiffs' Rule 30(b)(6) Notice of
    Deposition                                                    A-9 - 11

Plaintiffs' Renewed Rule 30(b)(6) Notice
    of Deposition (dated June 10, 2005) to
    Defendant, Cosmedico Light, Inc.         A-12 - 20

Plaintiffs' Amended Renewed Rule 30(b)(6)
    Notice of Deposition (dated June 13,
    2005) to Defendant, Cosmedico Light, Inc.    A-21 – 30

Defendant, Cosmedico Light, Inc.'s, Letter
    dated June 14, 2005, objecting to
    Plaintiffs' Amended Renewed Notice of
    Deposition dated June 13, 2005            A-31, 32

Defendant, Cosmedico Light, Inc.'s,
    Privilege Log                                         A-33 – 47

Relevant pages of Mr. Frank's Deposition
    Transcript – June 20, 2005                    A-48-63