UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COSMEDICO LIGHT, INC., <br><br> Defendant. <br><br><br> OSRAM SYLVANIA, INC., <br><br> Non-Party Movant. | CIVIL ACTION NO. 3:03-CV-874 (MRK) <br><br><br><br><br> JULY 22, 2005 |

## LIMITED NOTICE OF APPEARANCE

Please notice my appearance on behalf of non-party movant, Osram Sylvania, Inc., for the sole and discreet purpose of submitting and arguing its Motion for Protective Order and Sanctions in the above-captioned matter, filed herewith.

Respectfully submitted,

**Non-Party Movant,
OSRAM SYLVANIA, INC.,
By its attorney,**

Steven M. Basche (CT01208)
Jacobs, Walker, Rice & Bache, LLC
146 Main Street, P.O. Box 480
Manchester, CT 06045-0480
Phone: (860) 6460121
Email: sbashe@jwrb.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent on this 22nd day of July, 2005 via regular U.S. Mail to:

**Counsel for Plaintiffs:**

Arthur T. Fattibene
2480 Post Road
Southport, CT 06490

Cynthia L. Counts
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506

**Counsel for Defendant:**

Dale A. Malone
Banner & Witcoff
28 State Street, 28th Floor
Boston, MA 02109

James Webster Oliver
Berman & Sable
One Financial Plaza
Hartford, CT 06103

_____
Steven M. Basche