UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 3:03-CV-874 (MRK) |
| v. ) | |
| ) | |
| COSMEDICO LIGHT, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | JULY 21, 2005 |
| OSRAM SYLVANIA, INC., ) | |
| ) | |
| Non-Party Movant. ) | |
| ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Non-party movant Osram Sylvania, Inc. ("OSI"), by its local counsel, Steven M. Basche,

hereby moves that this Court grant Diane A.D. Noël, of the law firm of Burns & Levinson LLP,

125 Summer Street, Boston, MA, leave to appear and practice in this Court as a visiting attorney

in the above-captioned action for the sole and discreet purpose of presenting and arguing non-

party movant OSI's Motion for Protective Order and Sanctions.

Respectfully submitted,
**Non-Party Movant,**
**OSRAM SYLVANIA, INC.,**
**By its attorney,**

Steven M. Basche (CT01208)
Jacobs, Walker, Rice & Bache, LLC
146 Main Street, P.O. Box 480
Manchester, CT 06045-0480
Phone: (860) 6460121
Email: sbasche@jwrb.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent on this 22nd day of July, 2005 via regular U.S. Mail to:

**Counsel for Plaintiffs:**

Arthur T. Fattibene
2480 Post Road
Southport, CT 06490

Cynthia L. Counts
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506

**Counsel for Defendant:**

Dale A. Malone
Banner & Witcoff
28 State Street, 28th Floor
Boston, MA 02109

James Webster Oliver
Berman & Sable
One Financial Plaza
Hartford, CT 06103

Steven M. Basche