UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COSMEDICO LIGHT, INC., <br><br> Defendant. <br><br><br> OSRAM SYLVANIA, INC., <br><br> Non-Party Movant. | CIVIL ACTION NO. 3:03-CV-874 (MRK) <br><br><br><br><br><br> JULY 22, 2005 |

### AFFIDAVIT OF DIANE A.D. NOËL

Diane A.D. Noël, being duly sworn, deposes and says as follows:

1. I am an associate at the law firm of Burns & Levinson LLP, 125 Summer Street, Boston, MA 02110; phone: (617) 345-3000, facsimile: (617) 345-3299, and email: dnoel@burnslev.com. Burns & Levinson LLP is counsel for non-party movant, Osram Sylvania, Inc. ("OSI") in the above-captioned action.

2. I submit this affidavit in support of OSI's motion for my admission as attorney *pro hac vice*.

3. I am a member in good standing of the Bars of the Commonwealth of Massachusetts, and of the United States District Court for the District of Massachusetts, as well as the First Circuit Court of Appeals.

4. I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District

J:\Docs\27443\00001\00943891.DOC

Court for the District of Connecticut.

WHEREFORE, I respectfully request that this Court grant the motion for my admission *pro hac vice* enabling me to sign pleadings, attend court hearings, and serve as trial counsel in this action, for the sole and discreet purpose of submitting and arguing OSI's Motion for Protective Order and Sanctions, filed herewith.

Signed under the pains and penalties of perjury, this 22 day of July, 2005.

_____
Diane A.D. Noël