## Certificate of Service

I hereby certify that a copy of

**PLAINTIFFS, LIGHT SOURCES, INC.'S AND TAN SYSTEMS, INC.,
REPLY BRIEF
TO
DEFENDANT, COSMEDICO LIGHT, INC.'S
MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL**

has been served by first class U.S. mail, postage prepaid, this ____ day of July 2005, on ____ counsel of record as follows:

Dale A. Malone
Banner & Witcoff
28 State Street, 28th Floor
Boston, MA 02109-1775

James Oliver
Jose A. Aquiar
Berman and Sable
One Financial Plaza
20th Floor
Hartford, CT 06103

_____
Arthur T. Fattibene, CT 06916
Attorney for Plaintiff