# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LIGHT SOURCES, INC., and TAN SYSTEMS, INC.
        Plaintiffs

v.

COSMEDICO LIGHT, INC.
        Defendant

OSRAM SYLVANIA, INC.
        Non-Party Movant

**APPEARANCE**

CASE NUMBER: 3:03-CV-874 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

        OSRAM SYLVANIA, INC.
        Non-Party Movant

_July 26, 2005_
Date

Connecticut Federal Bar Number **phv0442**

(617) 345-3000
Telephone Number

(617) 345-3299
Fax Number

dnoel@burnslev.com
E-mail address

_[signature]_
Signature

Diane A.D. Noel, Esquire
Print Clearly or Type Name

Burns & Levinson LLP
Address

125 Summer Street

Boston, MA 02110

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

SEE ATTACHED SHEET

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## CERTIFICATE OF SERVICE

This is the certify that the foregoing Appearance was mailed on this date to the following:

Arthur T. Fattibene, Esquire
Fattibene and Fattibene
2480 Post Road
Southport, CT 06490

Cynthia L. Counts, Esquire
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306

Hugh F. Keefe, Esquire
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Dale A. Malone, Esquire
Banner & Witcoff
28 State Street
28th Floor
Boston, MA 02109

James Webster, Oliver, Esquire
Berman & Sable
One Financial Plaza
Hartford, CT 06103

_____
Diane A.D. Noël, Esquire