UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COSMEDICO LIGHT, INC.,<br><br>Defendant.<br><br>OSRAM SYLVANIA, INC.,<br><br>Non-Party Movant. | CIVIL ACTION NO. 3:03-CV-874 (MRK)<br><br><br><br><br><br>JULY 27, 2005 |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Non-party movant Osram Sylvania, Inc. ("OSI"), by its local counsel, Steven M. Basche, hereby moves that this Court grant Laura L. Carroll, of the law firm of Burns & Levinson LLP, 125 Summer Street, Boston, MA, leave to appear and practice in this Court as a visiting attorney in the above-captioned action for the sole and discreet purpose of presenting and arguing non-party movant OSI's Motion for Protective Order and Sanctions.

Respectfully submitted,

**Non-Party Movant,
OSRAM SYLVANIA, INC.,**

**By its attorney,**

_____
Steven M. Basche (CT01208)
Jacobs, Walker, Rice & Bache, LLC
146 Main Street, P.O. Box 480
Manchester, CT 06045-0480
Phone: (860) 646-0121
Email: sbasche@jwrb.com

## CERTIFICATE OF SERVICE

This is the certify that the foregoing pleadings were mailed on this date to the following:

Arthur T. Fattibene, Esq.  
Fattibene and Fattibene  
2480 Post Road  
Southport, CT  06490

Cynthia L. Counts, Esq.  
Counts & Associates  
1384 Lanier Place, N.E.  
Atlanta, GA  30306

Hugh F. Keefe, Esq.

Del~A~ Melone, Esq.

Dated: July 27, 2005

J:\Docs\27443\00001\00944850.DOC