UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC., ) ) ) Plaintiffs, ) ) v. ) ) COSMEDICO LIGHT, INC., ) ) Defendant. ) ) ) ) OSRAM SYLVANIA, INC., ) ) Non-Party Movant. ) ) ) | CIVIL ACTION NO. 3:03-CV-874 (MRK) JULY 26, 2005 |

## AFFIDAVIT OF LAURA L. CARROLL

Laura L. Carroll, being duly sworn, deposes and says as follows:

1.       I am a partner at the law firm of Burns & Levinson LLP, 125 Summer Street,

Boston, MA 02110; phone: (617) 345-3000, facsimile: (617) 345-3299, and email:

lcarroll@burnslev.com.  Burns & Levinson LLP serves as counsel for Osram Sylvania, Inc.

("OSI"), and my colleague, Diane A.D. Noël, Esq., and I are representing OSI as a non-party

movant in the above-captioned action.

2.       I submit this affidavit in support of OSI's motion for my admission as attorney

*pro hac vice.*

3.       I am a member in good standing of the Bars of the Commonwealth of

Massachusetts, the United States District Court for the District of Massachusetts, the United

States Court of Appeals for the First Circuit, and the United States Supreme Court.

4.    I have not been denied admission or disciplined by this Court or any other court.

5.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.


WHEREFORE, I respectfully request that this Court grant the motion for my admission *pro hac vice*, enabling me to sign pleadings, attend court hearings, and serve as trial counsel in this action, for the sole and discreet purpose of submitting and arguing OSI's Motion for Protective Order and Sanctions, filed on July 22, 2005.


_____
Laura L. Carroll

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

On this 26th day of July, 2005, before me, the undersigned notary public, personally appeared Laura L. Carroll, whom I personally know to be the person whose name is signed on this document, and acknowledged to me that she signed it voluntarily for its stated purpose,

_____ (SEAL)
Notary Public
My commission expires: April 17, 2009