UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG -5 A 9: 25
U.S. DISTRICT COURT
NEW HAVEN, CT

LIGHT SOURCES, INC., and
TAN SYSTEMS, INC.,

    Plaintiffs

    v.

            Civil Action
            No. 303 CV 874 (MRK)

            At New Haven

COSMEDICO LIGHT, INC.,
    Defendant    August 4, 2005


**ADDENDUM
TO
PLAINTIFFS', LIGHT SOURCES, INC. AND
TAN SYSTEMS, INC., OPPOSING MEMORANDUM
TO
NON-PARTY MOVANT, OSRAM SYLVANIA, INC.'S
MOTION FOR PROTECTIVE ORDER**


            Arthur T. Fattibene
            Paul A. Fattibene
            Fattibene & Fattibene
            2480 Post Road
            Southport, CT 06890-1218

## Table of Contents

|  | Addendum Page |
|---|---|
| Subpoena dated April 13, 2004 | A-1-3 |
| Attached Notice of Deposition | A-4-8 |
| Osram Sylvania letter, August 2, 2004 | A-9 |
| Sample of redacted invoice | A-10 |
| Osram Sylvania letter, October 6, 2004 | A-11 |
| Osram Sylvania letter, October 8, 2004 | A-12 |
| Attached list of Cosmedico lamps | A-13 |
| Osram Sylvania letter, October 25, 2004 | A-14 |
| Attached sample of redacted invoice | A-15 |
| Photo of COSMOLUX VHR lamp | A-16 |
| Photo of COSMOLUX VLR lamp | A-17 |
| Subpoena dated April 13, 2005 | A-18-21 |
| Attached Notice of Deposition | A-22-28 |
| Osram Sylvania letter, May 3, 2005 | A-29 |
| Burns & Levenson letter, July 18, 2005 | A-30 |
| Attached box label | A-31 |
| Attached blank form | A-32 |
| Relevant Deposition Transcript pages of Steve Schlitt | A-33-45 |
| Relevant Deposition Transcript pages of David Myers | A-46-49 |