# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., Plaintiff, | **APPEARANCE** |
| v. | 2005 AUG 12 P 4:48 |
| COSMEDICO LIGHT, INC., Defendant. | U.S. DISTRICT COURT<br>NEW HAVEN CT<br>CASE NUMBER: 3:03-cv-00874-MRK |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Osram Sylvania, Inc., Movant.

| | |
|---|---|
| August 10, 2005 | _[signature]_ |
| **Date** | **Signature** |
| ct 01769 | Laura L. Carroll |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 617-345-3000 | Burns & Levinson LLP |
| **Telephone Number** | **Address** |
| 617-345-3299 | 125 Summer Street, Boston, MA 02110 |
| **Fax Number** | |
| lcarroll@burnslev.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Steven M. Basche, Jacobs, Walker & Rice, P.C., 146 Main St., Manchester, CT 06040
Cynthia L. Counts, Counts & Associates, 1384 Lanier Place, N.E., Atlanta, GA 30306
Arthur T. Fattibene, 2480 Post Road, Southport, CT 06490
Hugh F. Keefe, Lynch, Traub, Keefe & Errante, 52 Trumbull Street, New Haven, CT 06506
Dale A. Malone, Banner & Witcoff, 28 State Street, Boston, MA 02109
James Webster Oliver, Berman & Sable, One Financial Plaza, Hartford, CT 06103

_[signature]_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24