UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and<br>TAN SYSTEMS, INC.,<br><br>          Plaintiffs,<br><br>v.<br><br>COSMEDICO LIGHT, INC.,<br><br>          Defendant. | Civil Action No. 3:03CV0874 (MRK) |

## APPEARANCE

Enter my appearance as counsel in this case for Plaintiff, Light Sources, Inc. and Tan Systems, Inc.

Date: 9/8/05

Respectfully submitted,

_____
Michael J, Rye Ct 18354
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone (860) 286-2929
Facsimile (860) 286-0115
Email mrye@cantorcolburn.com

Attorney for Plaintiff
Light Sources, Inc. and
Tan Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent, via First Class Mail, postage prepaid, on this 8th day of September, 2005, to:

Dale Malone
Banner & Witcoff
28 State Street, 28th Floor
Boston, MA 02109-1775

_____
Michael J. Rye