UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC., and ) <br> TAN SYSTEMS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> COSMEDICO LIGHT, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Civil Action No. 3:03CV0874 (MRK) |

## APPEARANCE

Enter my appearance as counsel in this case for Plaintiff, Light Sources, Inc. and Tan Systems, Inc.

Date: 9/8/05

Respectfully submitted,

_____
Steven M. Coyle/Ct 21039
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
Telephone (860) 286-2929
Facsimile (860) 286-0115
Email scoyle@cantorcolburn.com

Attorney for Plaintiff
Light Sources, Inc. and
Tan Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent, via First Class Mail, postage prepaid, on this  8th day of September, 2005, to:

Dale Malone
Banner & Witcoff
28 State Street, 28th Floor
Boston, MA 02109-1775

_____
Steven M. Coyle