UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LIGHT SOURCES, INC., and TAN SYSTEMS, INC. | : : | |
| Plaintiffs, | : : | NO. 3:03CV874(MRK) |
| v. | : : | |
| COSMEDICO LIGHT, INC., | : : | |
| Defendant. | : | |

## ORDER

For the reasons stated on the record during a telephonic conference on September 9, 2005, the Court hereby issues the following orders:

1. Plaintiffs', Light Sources, Inc. and Tan Systems, Inc., Motion to Compel [126] is DENIED.

2. Non-Party Movant Osram Sylvania, Inc.'s Motion For Sanctions [132] is GRANTED IN PART in the amount of $500.00, which shall be paid by Plaintiffs' counsel Fattibene & Fattibene to third-party Osram Sylvania, Inc. no later than **September 20, 2005**.

3. Non-Party Movant Osram Sylvania, Inc.'s Motion For Protective Order [132] is GRANTED IN PART by agreement.  The Court will reserve decision on whether any documents previously designated confidential by any party or non-party shall be received into evidence at trial under seal.  Any motions to place any trial exhibits or deposition under seal shall be made to the Court no later than **September 20, 2005**.

4. Cosmedico's Motion To Continue Deadline For Filing Joint Pre-Trial Memorandum [145] is GRANTED IN PART.  The deadline for filing the joint pretrial memorandum is extended until **September 20, 2005**.

IT IS SO ORDERED.


/s/     Mark R. Kravitz
United States District Judge


Dated at New Haven, Connecticut: September 12, 2005.