IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC.,<br>TAN SYSTEMS, INC., | : |
| Plaintiff and<br>Counterclaim Defendant | : |
| | :    Case No. 3:03-CV-0874 (MRK) |
| vs. | : |
| COSMEDICO LIGHT, INC. | : |
| Defendant and<br>Counterclaim Plaintiff | : |

## STIPULATED MOTION TO EXTEND TIME FOR FILING CLOSING PAPERS

THE PARTIES JOINTLY MOVE AND STIPULATE to an extension up to and including November 3, 2005 for filing closing papers in the above captioned matter. In support thereof, the Parties state that on September 20, 2005 the Court entered an Order pursuant to Local Rule 41(b) in which the Court ordered the case dismissed if closing papers are not filed on or before October 20, 2005. A settlement agreement has been negotiated and agreed upon by the Parties but is in the process of circulation for signatures.

**STIPULATED AND AGREED TO HEREIN BY:**

LIGHT SOURCES, INC.,
By: _____
Michael J. Rye, Esq. Ct 18354
Steven M. Coyle, Esq. Ct 21039
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929

Date: __10/19/05_____

COSMEDICO LIGHT, INC.,
By: _____
Dale A. Malone, Esq.
Banner & Witcoff, Ltd.
28 State Street
Boston, MA 02109
(617) 720-9600

Date: __10/19/05_____

1

Arthur T. Fattibene
Paul A. Fattibene
2480 Post Road
Southport, CT 06490
(203) 255-4400

Cynthia L. Counts
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306
(404) 876-1785

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506
(203) 787-0275

James Webster Oliver
Jose Antonio Aguiar
Berman & Sable
One Financial Plaza
Hartford, CT 06102
(860) 527-9699

Attorneys for Defendant

TAN SYSTEMS, INC.

By: _____[signature]_____   Date: __10/19/05__
Michael J. Rye, Esq. Ct 18354
Steven M. Coyle, Esq. Ct. 21039
Cantor Colburn LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929

Arthur T. Fattibene
2480 Post Road
Southport, CT 06490
(203) 255-4400

Cynthia L. Counts
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306
(404) 876-1785L.

Attorneys for Plaintiff

**SO ORDERED:**

Dated: _____, 2005

_____
MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE