IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIGHT SOURCES, INC.,<br>TAN SYSTEMS, INC.,<br><br>      Plaintiff and<br>      Counterclaim Defendant<br><br>vs.<br><br>COSMEDICO LIGHT, INC.<br><br>      Defendant and<br>      Counterclaim Plaintiff | Case No. 3:03-CV-0874 (MRK) |

## STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Light Sources, Inc. and Tan Systems, Inc., and Defendant, Cosmedico Light, Inc., by and through their respective counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims each has against the other pending in the above-captioned action are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in connection with this matter.

STIPULATED AND AGREED TO HEREIN BY:

LIGHT SOURCES, INC.

By: _____
Michael J. Rye, Esq. Ct 18354
Steven M. Coyle, Esq. Ct 21039
CANTOR COLBURN LLP
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929

Date: 10/19/05

COSMEDICO LIGHT, INC.,

By: _____
Dale A. Malone, Esq.
Banner & Witcoff, Ltd.
28 State Street
Boston, MA 02109
(617) 720-9600

Date: 10/18/05

1

Arthur T. Fattibene
Paul A. Fattibene
2480 Post Road
Southport, CT 06490
(203) 255-4400

Cynthia L. Counts
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306
(404) 876-1785

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506
(203) 787-0275

James Webster Oliver
Jose Antonio Aguiar
Berman & Sable
One Financial Plaza
Hartford, CT 06102
(860) 527-9699

Attorneys for Defendant

TAN SYSTEMS, INC.

By: _____ Date: 10/19/05
   Michael J. Rye, Esq. Ct 18354
   Steven M. Coyle, Esq. Ct. 21039
   Cantor Colburn LLP
   55 Griffin Road South
   Bloomfield, CT 06002
   (860) 286-2929

Arthur T. Fattibene
2480 Post Road
Southport, CT 06490
(203) 255-4400

Cynthia L. Counts
Counts & Associates
1384 Lanier Place, N.E.
Atlanta, GA 30306
(404) 876-1785L.

Attorneys for Plaintiff

**SO ORDERED:**

Dated: _____, 2005    _____
MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE